**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROBERT KOLINEK, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., an Illinois Corporation,<br><br>Defendant. | Case No. 13-cv-4806<br><br>Honorable Matthew F. Kennelly, District Judge<br><br>Honorable Michael T. Mason, Magistrate Judge |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, the undersigned counsel for Defendant Walgreen Co., a non-governmental corporate party, certifies that Walgreen Co. has no parent corporation and there is no publicly held entity owning five percent (5%) or more of Walgreen Co.'s stock.

Dated: July 19, 2013

Respectfully submitted,

/s/ Bradley J. Andreozzi

Bradley J. Andreozzi (ARDC No. 6257334)
bradley.andreozzi@dbr.com
Justin O. Kay (ARDC No.6286557)
justin.kay@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:   (312) 569-1000
Fax:   (312) 569-3000

*Counsel for Defendant Walgreen Co.*