# UNITED STATES DISTRICT COURT
## for the
# Northern District of Illinois

| | |
|---|---|
| Robert Kolinek *Plaintiff* v. Walgreen Co. *Defendant* | ) ) ) Civil Action No. 13 cv 4806 ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Judgment is entered dismissing this case with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Matthew F. Kennelly on a motion to dismiss.

Date: Feb 10, 2014

Thomas G. Bruton, Clerk of Court

/S/ Pamela J. Geringer