IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated,<br><br>　　　　*Plaintiff*,<br><br>　　vs.<br><br>WALGREEN CO., an Illinois corporation,<br><br>　　　　*Defendant*. | Case No. 13-cv-4806<br><br>Honorable Matthew F. Kennelly |

## NOTICE OF FURTHER AUTHORITY OF WALGREEN CO.

Pursuant to this Court's Order dated July 7, 2014 directing the parties to provide to this Court by July 16, 2014 "[a]ny further citations of authority that either side wishes to rely upon, beyond authority already cited in the parties' brief" pertaining to the TCPA's exception for "a call made for emergency purposes" (47 U.S.C. § 227(b)(1)(A)), Walgreen Co. submits the attached authority. Specifically, Walgreen Co. directs the Court's attention to Interagency Guidance on Response Programs for Unauthorized Access to Customer Information and Customer Notice, 70 Fed. Reg. 15736, 15748 n.34 (Mar. 29, 2005). For ease of reference, the relevant portion is excerpted as Exhibit A. The full document is provided as Exhibit B.

Dated: July 16, 2014

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Bradley J. Andreozzi
　　　　　　　　　　　　　　　　　　　Bradley J. Andreozzi (ARDC No. 6257334)
　　　　　　　　　　　　　　　　　　　bradley.andreozzi@dbr.com
　　　　　　　　　　　　　　　　　　　Justin O. Kay (ARDC No. 6286557)
　　　　　　　　　　　　　　　　　　　justin.kay@dbr.com
　　　　　　　　　　　　　　　　　　　**DRINKER BIDDLE & REATH LLP**
　　　　　　　　　　　　　　　　　　　191 North Wacker Drive, Suite 3700
　　　　　　　　　　　　　　　　　　　Chicago, IL 60606-1698
　　　　　　　　　　　　　　　　　　　Tel:　　(312) 569-1000
　　　　　　　　　　　　　　　　　　　Fax:　　(312) 569-3000
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Walgreen Co.*