UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Robert Kolinek
                Plaintiff,

v.
                                       Case No.: 1:13−cv−04806
                                       Honorable Matthew F. Kennelly

Walgreen Co.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2014:

        MINUTE entry before the Honorable Matthew F. Kennelly: Argument heard on remaining issues in defendant's motion to dismiss. The motion is taken under advisement. Supplemental submission by defendant as described in open court is to be made by 7/29/14. If defendant makes such a submission, plaintiff may file a response by 8/1/14.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.