IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation,<br><br>*Defendant*. | Case No. 13-cv-4806<br><br>Honorable Matthew F. Kennelly |

## RESPONSE OF DEFENDANT WALGREEN CO. TO THE COURT'S REQUEST FOR AUTHORITY

Pursuant to this Court's instructions on July 22 and July 31, 2014, Defendant Walgreen Co. ("Walgreens") submits this response to the Court's request for authority. At the July 22, 2014 hearing, the Court noted that Walgreens had cited FTC commentary regarding the benefits of exempting health information calls (specifically including prescription refill reminders) from the Telemarketing Sales Rule ("TSR") and asked for citation of the regulation that enacted such an exemption. The TSR is codified at 16 C.F.R. §§ 310 et seq. The exemption was adopted effective October 1, 2008, and is codified at 16 C.F.R. § 310.4(b)(1)(v)(D).

Dated: July 31, 2014

Respectfully submitted,

/s/ Bradley J. Andreozzi
Bradley J. Andreozzi (ARDC No. 6257334)
bradley.andreozzi@dbr.com
Justin O. Kay (ARDC No. 6286557)
justin.kay@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:   (312) 569-1000
Fax:   (312) 569-3000

*Counsel for Defendant Walgreen Co.*