# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Robert Kolinek

                          Plaintiff,

v.                                              Case No.: 1:13−cv−04806
                                                Honorable Matthew F. Kennelly

Walgreen Co.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2014:

        MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on
7/31/2014. The Clerk is directed to remove image no. [58] from the docket. Defendant has
until 5:00 p.m. today to comply with the Court's order of 7/22/2014. Plaintiff may file a
response by 8/5/2014. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.