## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

ROBERT KOLINEK, individually and on behalf of all others similarly situated,

       *Plaintiff*,

   vs.

WALGREEN CO., an Illinois corporation,

       *Defendant*.

Case No. 13-cv-4806

Honorable Matthew F. Kennelly

## NOTICE OF DEFENDANT WALGREEN CO.'s MOTION FOR LEAVE TO RESPOND

To: All Parties and Their Attorneys of Record:

     PLEASE TAKE NOTICE that on Thursday, August 14 , 2014 at 9:30 am or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Matthew F. Kennelly, in courtroom 2103, 219 South Dearborn Street, the courtroom usually occupied by him, and shall then and there present its Motion For Leave to Respond, a copy of which is attached hereto.

Dated: August 8, 2014

Respectfully submitted,

/s/ Bradley J. Andreozzi

Bradley J. Andreozzi (ARDC No. 6257334)
bradley.andreozzi@dbr.com
Justin O. Kay (ARDC No.6286557)
justin.kay@dbr.com
**DRINKER BIDDLE & REATH LLP**
191 North Wacker Drive, Suite 3700
Chicago, IL 60606-1698
Tel:   (312) 569-1000
Fax:   (312) 569-3000

*Counsel for Defendant Walgreen Co.*