IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>WALGREEN CO., an Illinois corporation,<br><br>*Defendant*. | Case. No. 13-cv-04806<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF'S MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Robert Kolinek ("Plaintiff"), respectfully requests that the Court enter an Order granting Preliminary Approval[1] to the Parties' proposed class action settlement. Plaintiff's motion is based up on this motion, the memorandum of points and authorities (and the exhibits attached thereto) in support of this motion, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith at the hearing on this motion.

WHEREFORE, Plaintiff Robert Kolinek, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) certifying the proposed Settlement Class for settlement purposes, (2) naming Plaintiff as Class Representative, (3) appointing Jay Edelson, Rafey S. Balabanian, Ryan D. Andrews and Benjamin H. Richman of Edelson PC as Class Counsel, (4) granting Preliminary Approval to the settlement, (5) approving the proposed Notice plan, (6) scheduling a Final Approval Hearing, and (7) providing such other and further relief as the Court deems reasonable and just.

---

[1] Except as otherwise indicated, all defined terms used herein shall have the same meanings ascribed to them in the Parties' proposed Class Action Settlement Agreement.

        Respectfully submitted,

        **ROBERT KOLINEK**, individually and on behalf of all others similarly situated,

Dated: March 26, 2015        By: /s/ Rafey S. Balabanian
            One of Plaintiff's Attorneys

        Jay Edelson
        jedelson@edelson.com
        Rafey S. Balabanian
        rbalabanian@edelson.com
        Ryan D. Andrews
        randrews@edelson.com
        Benjamin H. Richman
        brichman@edelson.com
        EDELSON PC
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378

## CERTIFICATE OF SERVICE

      I, Rafey S. Balabanian, an attorney, hereby certify that on March 26, 2015, I served the above and foregoing *Plaintiff's Motion for Preliminary Approval of Class Action Settlement*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 26th day of March 2015.

                                                                /s/ Rafey S. Balabanian