IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation,<br><br>*Defendant*. | Case. No. 13-cv-04806<br><br>Hon. Matthew F. Kennelly |

**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH EXCESS PAGES, *INSTANTER***

Pursuant to Local Rule 7.1, and without opposition from Defendant Walgreen Co. ("Walgreens"), Plaintiff Robert Kolinek ("Kolinek") hereby respectfully requests that the Court grant him leave to file a memorandum in support of his Motion for Preliminary Approval of Proposed Class Action Settlement (Dkt. 91) in excess of the Court's fifteen-page (15) limit, *instanter*. In support of the instant motion, Kolinek states as follows:

1. As the Parties previously informed the Court, they have reached a proposed class action settlement of the claims in this matter. (*See* Dkts. 72, 75, 80, 84.)

2. Plaintiff Kolinek now intends to move the Court for preliminary approval of the Parties' proposed settlement.

3. However, in order to adequately address (i) the factual and procedural posture of the case, (ii) the terms of the settlement, (iii) the appropriateness of certifying the proposed Settlement Class for settlement purposes, and (iv) the fairness, adequacy and reasonableness of the proposed settlement, Kolinek's Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement (the "Memorandum") exceeds the Court's fifteen-page limit.

4. Specifically, Kolinek's Memorandum includes a total of thirty (30) pages of substance.

5. Prior to filing the instant motion, Kolinek's counsel conferred with counsel for Walgreens and is authorized to state that Walgreens has no objection to the relief requested herein.

6. Good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

7. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiff's Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement.

**WHEREFORE,** Plaintiff Robert Kolinek respectfully requests that the Court enter an Order (i) granting him leave to file his Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, the substance of which shall not exceed thirty (30) pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ROBERT KOLINEK**, individually and on behalf of all others similarly situated,

Dated: March 26, 2015

By: /s/ Rafey S. Balabanian
    One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ryan D. Andrews
randrews@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, hereby certify that on March 26, 2015, I served the above and foregoing *Unopposed Motion for Leave to File Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement with Excess Pages, Instanter*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 26th day of March 2015.

                                              /s/ Rafey S. Balabanian