## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Robert Kolinek
      Plaintiff,

v.              Case No.: 1:13−cv−04806
              Honorable Matthew F. Kennelly

Walgreen Co.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 2, 2015:

  MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 4/2/2015. Motion for settlement [91] is granted subject to revision of claim form. Separate order to follow. Motion for leave to file excess pages [93] is granted. Final fairness hearing is set for 8/5/2015 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.