PHYLLIS J. MEHL
1070 Rensselaer Avenue, Staten Island, New York 10309

May 27, 2015

Clerk of the Court
United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen US Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**

JUN 0 1 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: *Kolinek v. Walgreen Co.*,
Case No. 13-cv-04806

Dear Clerk of the Court:

I am writing to the Court to object to not only this Settlement, but I object to the class action lawsuit against Walgreen for sending out prerecorded prescription reminder calls to member's cell phone numbers.

As a senior citizen, I rely on these prescription reminder calls and consider them a most helpful service by Walgreen. When I brought my prescriptions to Walgreen I gave them my personal phone information I had their assurance that they will be responsible for my medical welfare.

Those reminder calls were very helpful in my receiving continuous medication within the boundaries of my doctor's orders. Also, those prerecorded reminder calls gave me the option of taking advantage of the ordering of my medications, or I could opt-out from ordering at that time. I had options as to when my medications would be ready.

The part of this class action against Walgreen that I find most annoying and contradictory to the case is that the Notice of the Class Action came to me **via email on my cell phone**, which is the very basis for this class action. I did NOT give any agency the right to use my email address for class action notification. My cell phone was only to be used by Walgreen for my medical purposes. I find this class action to be a breach of MY privacy. I also find that any change is the former practice of notifying me about the renewal of my prescriptions will now interfere with the administration of my future medications. This class action suit is about money and profit and will not help those people who need Walgreen's reminder service the most.

    I am very disappointed in and object very much to this wrongful lawsuit. The most problematic part of this lawsuit is that the elderly who need their prescriptions the most are not able to object via computers, etc. to this lawsuit and they will not benefit from this action in the very least. Walgreen could have notified them for the need of their prescription refills and when given permission by the customers, even deliver the medications directly to their home as in my situation. Class actions should help us not just make money for those directly involved in the litigation process.

Respectfully submitted,

Phyllis J. Mehl

/pjm

cc:    Benjamin H. Richman, Esq.
EDELSON PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654
*Class Counsel*

Bradley J. Andreozzi, Esq.
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
*Defense Counsel*