Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

**FILED**

JUN 1 1 2015 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

June 9, 2015

**Re:   Objection To: Kolinek v. Walgreen Co., Case No. 13-cv-04806**

Dear Judge,

I would like to express my objection to the above referenced case based on it being frivolous and detrimental to the public good. Clearly Walgreen's was providing a valuable service to me and its customers by sending telephone reminders. This type of lawsuit is only about getting something for nothing (in this case money). The persons bringing the suit as well as the plaintiff attorneys should be ashamed of themselves for such abuse of the democratic process.

I urge the court to dismiss this case and require the plaintiff(s) to reimburse the court and defendant Walgreens for such an obvious attempt to defraud a company and indirectly cost the taxpayers more for their prescription drugs.

Thank you for your consideration.

Sincerely,

*[signature]*
Betty H. Morgan
824 Ridgeway Drewry Rd.
Manson, NC 27553
252-425-1926