FILED

JUN 2 9 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

06/24/2015

To Whom It May Concern
Re: Kolinek v Walgreen 13-cv-04806

I am "entitled" to a settlement per the postcard. I do not want a nickel of this money. I was not harmed by a reminder call about a prescription. It was handy. I do not feel the lawyers bringing this frivolous suit should receive anything close to the 4 million proposed. It is actions like these drive up costs to consumers, serve no purpose other than making some lawyers rich.

Do this, have Walgreen's give $11 million worth of goods to homeless people and give zero to the lawyers who brought this case. No one needs the $15 proposed and maybe the money sniffing leeches will think twice before they waste time in your court.

That would be fair. Then again fair doesn't happen much anymore. Shakespeare was right.

Sincerely,
Robert Habermann