# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of a class of similarly situated individuals, | Case No. 13-cv-04806 |
| *Plaintiff*, | Hon. Matthew F. Kennelly |
| v. | |
| WALGREEN CO., an Illinois corporation, | |
| *Defendant*. | |

## PLAINTIFF'S MOTION FOR APPROVAL OF
## ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD

Pursuant to Federal Rule of Civil Procedure 23(h), Plaintiff Robert Kolinek ("Plaintiff"), respectfully requests that the Court enter an Order approving his request for an award of reasonable attorneys' fees and expenses to Class Counsel, and an incentive award for his role as Class Representative in connection with the Parties' proposed class action settlement of this matter. Plaintiff's motion is based up on his Notice of Motion, the Memorandum (and the exhibits attached thereto) in support of the motion, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith.

WHEREFORE, Plaintiff Robert Kolinek, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (1) approving an award of $2,824,200 in attorneys' fees and expenses to Class Counsel, (2) approving an incentive award of $5,000 in recognition of his efforts on behalf of the Settlement Class, and (3) providing such other and further relief as the Court deems reasonable and just.

                                        Respectfully submitted,

                                        **ROBERT KOLINEK**, individually and on behalf of all others similarly situated,

Dated: July 2, 2015                    By: /s/ Rafey S. Balabanian
                                                 One of Plaintiff's Attorneys

                                        Jay Edelson
                                        jedelson@edelson.com
                                        Rafey S. Balabanian
                                        rbalabanian@edelson.com
                                        Ryan D. Andrews
                                        randrews@edelson.com
                                        Benjamin H. Richman
                                        brichman@edelson.com
                                        EDELSON PC
                                        350 North LaSalle Street, Suite 1300
                                        Chicago, Illinois 60654
                                        Tel: 312.589.6370
                                        Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, hereby certify that on July 2, 2015, I served the above and foregoing ***Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award*** by causing a true and accurate copy of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 2nd day of July 2015.

                                                               /s/ Rafey S. Balabanian