# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation,<br><br>*Defendant*. | Case No. 13-cv-04806<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF MOTION

To:     See attached certificate of service.

     **PLEASE TAKE NOTICE** that on Wednesday, August 5, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present ***Plaintiff's Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award***, a true and accurate copy of which has been filed and served upon all counsel of record via the Court's CM/ECF electronic filing system.

                                                                   Respectfully submitted,

                                                                   **ROBERT KOLINEK**, individually and on behalf of all others similarly situated,

Dated: July 2, 2015                             By: /s/ Rafey S. Balabanian
                                                                     One of Plaintiff's Attorneys

        Jay Edelson
        jedelson@edelson.com
        Rafey S. Balabanian
        rbalabanian@edelson.com
        Benjamin H. Richman
        brichman@edelson.com
        Courtney C. Booth
        cbooth@edelson.com
        EDELSON PC
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378

## **CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, hereby certify that on July 2, 2015, I served the above and foregoing *Notice of Motion* by causing a true and accurate copy of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 2nd day of July 2015.

                                                                       /s/ Rafey S. Balabanian