IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation,<br><br>*Defendant*. | Case. No. 13-cv-04806<br><br>Hon. Matthew F. Kennelly |

**MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR APPROVAL OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD WITH EXCESS PAGES, *INSTANTER***

Pursuant to Local Rule 7.1, Plaintiff Robert Kolinek ("Kolinek") hereby respectfully requests that the Court grant him leave to file a memorandum in support of his Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award (Dkt. 103) in excess of the Court's fifteen-page (15) limit, *instanter*. In support of the instant motion, Kolinek states as follows:

1. On April 3, 2015, the Court granted preliminary approval of the Parties' proposed class action settlement (the "Preliminary Approval Order"). (Dkt. 97.)

2. Pursuant to the Court's Preliminary Approval Order, Kolinek was required to file his Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award on or before July 2, 2015. (*Id*.)

3. However, in order to adequately address the appropriateness of the requested attorneys' fee and incentive awards, particularly in light of other similar settlements and the nature of the instant litigation and settlement, Kolinek's Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award (the "Memorandum") exceeds the Court's fifteen-page limit.

1

4. Specifically, Kolinek's Memorandum includes a total of twenty-one (21) pages of substance.

5. Prior to filing the instant motion, Kolinek's counsel attempted to confer with counsel for Defendant Walgreen Co., but was unfortunately unable to do so.

6. Nevertheless, good cause exists to grant the instant motion and the relief requested herein is not sought for any improper purpose.

7. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiff's Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award.

**WHEREFORE,** Plaintiff Robert Kolinek respectfully requests that the Court enter an Order (i) granting him leave to file his Memorandum of Law in Support of Motion for Approval of Attorneys' Fees, Expenses, and Incentive Award, the substance of which shall not exceed twenty-one (21) pages, *instanter*, and (ii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ROBERT KOLINEK**, individually and on behalf of all others similarly situated,

Dated: July 2, 2015

By: /s/ Rafey S. Balabanian
One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ryan D. Andrews
randrews@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, hereby certify that on July 2, 2015, I served the above and foregoing *Motion for Leave to File Memorandum in Support of Motion for Approval of Attorneys' Fees, Expenses and Incentive Award with Excess Pages, Instanter*, by causing a true and accurate copy of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 2nd day of July 2015.

                                                             /s/ Rafey S. Balabanian