3 July 2015

Honorable Matthew F. Kennelly,

I Rebecca Thomas strongly object to this suit Case No. 13 cv-04806 Kolinek v Walgreen Co. I am in Stage 3 Liver Cancer treatment at Kansas University Hospital I would be unable to keep track of my prescriptions without these cellphone calls Please keep in mind this ruleing of this case HEALTH over Money?

Sincerely, Rebecca Thomas

**FILED**

JUL 07 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT