July 13th, 2015

OBJECTION

FILED
JUL 1 6 2015 DC
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I object to the settlement in Kolinek vs Walgreen co. Case number 13-cv-04806. My name is Pamela Sweeney and I received calls on my cell phones, numbers-424-299-6269 and 608-695-3961. I am a member of the class and respectfully object to the attorney's fees as they are excessive. I reside at 2590 Richardson street, Madison Wisconsin 53711.

36% awarded to the attorneys represent too large a percentage of the amount allocated for the class.

This large percentage shows class counsels arrogance and dismissal of the class member. Given the size of the class the court should intervene to protect the rights of all class members whether absent or not. Class counsel has a duty to fairly and accurately protect the interests of the class.

Class counsel has neglected its fiduciary duties to the class by asking for a disportinately large award. I object to these attorney fees.

Respectfully

*Pamela Sweeney*
Pamela Sweeney
PRO SE