EVERETT McKINLEY DIRKSEN
UNITED STATES COURTHOUSE

Koline K. v.                CASE NO. 13-CV-04806
Walgreen Co.
        OBJECTION

TO THE HONORABLE JUDGE:

**FILED**
JUL 2 0 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Your Honor:

As a Plaintiff in the above styled cause of action, having suffered many years of abuse by the action(s) of Walgreen Co., the plaintiff hereby strenously object to any settlement less then Twenty ($20,000) Thousand Dollars, which is a fair compensation.

Needless to say, the activities of Walgreens, without this plaintiff's clear written consent, has resulted in the plaintiff receiving unwarranted intrusion of various pharmacy solicitation correspondences; E-Mails, etc.,

Furthermore, the activities of Walgreens has caused the plaintiff's personal and private information to be exposed, thru the internet, to hackers and individual(s) with criminal intent.

WHEREFORE: Claim No. WTT-103030327301-1470907

Having submitted this objection, the plaintiff prays for relief and request just compensation of TWENTY ($20,000) thousand dollars or more.

Respectfully Submitted,

Mr. Jimmy Fuzzell, II
2338 E. Glenwood Ave.
Knoxville, TN. 37917
(865) 237-8780

DATED: THIS 15th day of July, 2015

*Kolinek v. Walgreen Co.*, No. 13-cv-04806
## CLAIM FORM
*Instructions. Fill out each section of this form and sign where indicated.*

First Name: Mr. Jimmy   Last Name: Fuzzell, II
Street Address: 2338 E. Glenwood Ave.
City: Knoxville   State: TN   ZIP Code: 37917
Cellular Telephone Number at which you received Prerecorded Prescription Call(s): 865-237-8780

**Class Member Affirmation**: By submitting this Claim Form and checking the box below, I declare that I am a member of the Settlement Class and that the following statement is true (box must be checked to receive payment):

[✓] I received one or more prerecorded telephone calls from Walgreens at the cellular telephone number written above reminding me that my prescription was due for refill ("Prerecorded Prescription Calls") and I did not consent to receive these calls. *I recognize by affirming here that such calls were made without my consent, that I will be removed from the list of persons eligible to receive Prerecorded Prescription Calls from Walgreens and that I will not receive such calls in the future unless I separately provide my consent, which I may (but need not) do below.*

I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct.

Signature: Jimmy Fuzzell II   Date: 6-6-15 (MM-DD-YY)
Printed Name: Jimmy Fuzzell II

**Voluntary Request to Receive Future Prerecorded Prescription Calls:**

[ ] I now wish to receive Prerecorded Prescription Calls from Walgreens, and I consent to receive such calls. *I understand that providing this consent is not required for me to submit a claim in the settlement, nor is it required for me to purchase any goods or services from Walgreens.*

Questions, visit www.PrescriptionCallSettlement.com or call 1-877-392-3209

103030327301
WTTCRD1

EXHIBIT (1)