

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS



| | | |
|---|---|---|
| Kolinek | § | |
| | § | |
| Vs. | § | No. 13-cv-04806 |
| | § | |
| | § | |
| Walgreen Co., | § | |

### DESIGNATION OF LOCAL COUNSEL

Gleith Cozby, Rendee Bullard, Sharon Hughes, and Christinna Oldhamm, pursuant to LR 83.15, designate the following local counsel for service:

> Brianna Schroeder
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 55 W. Monroe Street, Suite 3800
> Chicago, IL 60603

/s/ Justin A. Allen
Christopher J. Braun
IN Bar ID No. 19930-49
Justin A. Allen
IN Bar ID No. 31204-49
**Plews Shadley Racher & Braun LLP**
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317.637.0700
Fax: 317.637.0711
cbraun@psrb.com
jallen@psrb.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on July 16, 2015 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record. The below individuals are also being mailed a copy on this, the 16th day of July, 2015.

/s/ Justin A. Allen
Justin A. Allen
**Plews Shadley Racher & Braun LLP**
Bar ID No. 31204-49
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317.637.0700
Fax: 317.637.0711
jallen@psrb.com

Clerk of Court
U.S. District Court, Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

Benjamin H. Richman
EDELSON PC
350 North LaSalle Street
Suite 1300
Chicago, Illinois 60654

Bradley J. Andreozzi
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, Illinois 60606