

**FILED**

JUL **2 0** 2015

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Rita Hartsell
673 South Oak Ridge Road
Oakboro, NC 28129

July 10, 2015

Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

To whom it may concern,

I would like to object to the Kolinek v. Walgreen Co., Case No. 13-cv-04806. While I thank you for notifying me of the claim, I do not feel that Walgreens should be penalized for providing the service of notifying customers that our prescriptions are due. I think they should be applauded instead of punished.

I think it is shameful that Walgreens was put in the position that they have to defend themselves for their superior customer service. Whatever happened to the notion that customer service is an attractive quality desired by customers? I wish more businesses and companies would strive to treat their patrons with outstanding care!

There is a time to sue, such as when payment or care is withheld from someone who legitimately deserves it, but I don't think Walgreens should have ever have had to worry about being sued or compromising with a settlement to end a lawsuit for phone messages. This is one reason our healthcare cost and prices are so inflated.

I, Rita Hartsell, am a Class Member. My address is 673 South Oak Ridge Road, Oakboro, NC 28129. My cell phone number that I received the Prerecorded Prescription calls is 704/796-6182. For the above reason I fervently object to the claim and ask the court to deny approval .

Sincerely,

*Rita Hartsell*

<u>LEGAL NOTICE</u>

*Kolinek v. Walgreen Co.*, Case No. 13-cv-04806

**Kolinek v. Walgreen Co.**
**Settlement Administrator**
P.O. Box 43358
Providence, RI 02940-3358

PRESORTED
FIRST-CLASS
U.S. POSTAGE
**PAID**
YORK, PA
PERMIT NO. 12039

**If you received a prerecorded call from Walgreens on your cell phone reminding you to refill your prescription, a class action settlement may affect your rights.**

A Federal Court authorized this notice.

You are <u>not</u> being sued.

This is <u>not</u> a solicitation from a lawyer.

*See reverse for details.*

*For complete information, visit www.PrescriptionCallSettlement.com or call 1-877-392-3209.*



Postal Service: Please do not mark barcode

Claim #: WTT-103791146001 - 1835613

*******AUTO**SCH 5-DI
00373845 r186923 T0605  1001  000013
Rita Hartsell
673 S. Oak Ridge Rd.
Oakboro, NC 28129-7301

# WTT

---

*Kolinek v. Walgreen Co.*, No. 13-cv-04806

**CLAIM FORM**

*Instructions. Fill out each section of this form and sign where indicated.*

First Name: _Rita_                              Last Name: _Hartsell_    **+**

Street Address: _673 S Oak Ridge Rd_

City: _Oakboro_        State: _NC_  ZIP Code: _28129_

Cellular Telephone Number at which you received Prerecorded Prescription Call(s): 704-796-6182

**Class Member Affirmation:** By submitting this Claim Form and checking the box below, I declare that I am a member of the Settlement Class and that the following statement is true (box must be checked to receive payment):

☐   I received one or more prerecorded telephone calls from Walgreens at the cellular telephone number written above reminding me that my prescription was due for refill ("Prerecorded Prescription Calls") and I did not consent to receive these calls. *I recognize by affirming here that such calls were made without my consent, that I will be removed from the list of persons eligible to receive Prerecorded Prescription Calls from Walgreens and that I will not receive such calls in the future unless I separately provide my consent, which I may (but need not) do below.*

I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct.

Signature: _____    Date: _____
                                                     (MM-DD-YY)

Printed Name: _____

**Voluntary Request to Receive Future Prerecorded Prescription Calls:**

☑   I now wish to receive Prerecorded Prescription Calls from Walgreens, and I consent to receive such calls. *I understand that providing this consent is not required for me to submit a claim in the settlement, nor is it required for me to purchase any goods or services from Walgreens.*

**Questions, visit www.PrescriptionCallSettlement.com or call 1-877-392-3209**



103791146001
WTTCRD1



A settlement has been reached in a class action lawsuit against *Walgreen Co.* ("Walgreens"). The lawsuit alleges that Walgreens made prerecorded calls to the cellular telephones of certain pharmacy customers to remind them when their prescriptions were due for refill ("Prerecorded Prescription Calls"), without their consent. Walgreens denies any wrongdoing and maintains that Prerecorded Prescription Calls are medical alerts that its customers want and are made with their consent. The settlement does not establish who is correct, but rather is a compromise to end the lawsuit. The lawsuit is called *Kolinek v. Walgreen Co.*, Case No. 13-cv-04806, and is in the U.S. District Court for the Northern District of Illinois.

**Why am I being contacted?** Our records show you may be a "Settlement Class Member." Settlement Class Members are all individuals in the United States who received Prerecorded Prescription Calls from Walgreens called on their cellular phones. You may be entitled to payment under the settlement if you affirm that you did not consent to receive the Prerecorded Prescription Calls, but in that case you will not be eligible to receive these reminder calls on your cell phone in the future unless you provide consent for future calls (which you may do on the Claim Form).

**What can I get out of the settlement?** If you're eligible and the Court approves the settlement, you could receive a cash payment. Settlement Class Members will receive equal shares of an $11 million Settlement Fund that Walgreens has agreed to create, after the payment of expenses and fees. If the individual payments would be less than $15, you will have a second chance to exclude yourself from the settlement or Walgreens may pay you the difference up to $15.

**How do I get my payment?** Just complete and verify the short and simple Claim Form attached to this postcard. You can also get a paper copy of the Claim Form by calling 1-877-392-3209, or by visiting the website www.PrescriptionCallSettlement.com. You also have the option of filing a claim online. All Claim Forms must be postmarked or submitted on the settlement website by July 22, 2015.

**What are my options?** You can do nothing, submit a Claim Form, comment on or object to any of the settlement terms, or exclude yourself from the settlement. If you do nothing or submit a Claim Form, you won't be able to sue Walgreens in a future lawsuit about the claims addressed in the settlement. If you exclude yourself, you won't get a payment but you'll keep your right to sue Walgreens on the issues this settlement concerns. You must contact the Settlement Administrator by mail to exclude yourself. You can also object to the settlement if you disagree with any of its terms. *All Requests for Exclusion and Objections must be received by July 17, 2015.*

**Do I have a lawyer?** Yes. The Court has appointed lawyers from the law firm Edelson PC as "Class Counsel." They represent you and other Settlement Class Members. The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. The Court has also chosen Robert Kolinek—a Class Member like you—to represent the Class.

**When will the Court approve the settlement?** The Court will hold a final fairness hearing on August 5, 2015 at 9:30 a.m. at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, Courtroom 2103. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses (of up to 35% of the Settlement Fund) and an incentive award. These requests will be posted on the settlement website.

*Visit www.PrescriptionCallSettlement.com for complete information.*

WTT



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST–CLASS MAIL    PERMIT NO. 1810    PROVIDENCE, RI

POSTAGE WILL BE PAID BY ADDRESSEE

KOLINEK V. WALGREENS CO. SETTLEMENT ADMINISTRATOR
PO BOX 43358
PROVIDENCE RI 02940-9558