# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 13-cv-04806 ) |
| WALGREEN CO., an Illinois corporation, | ) Hon. Matthew F. Kennelly ) |
| Defendant. | ) |

## MELINDA ERIN FRANZ'S NOTICE OF WITHDRAWAL
## OF STATEMENT ADOPTING OTHER OBJECTIONS

**COMES NOW** Melinda Erin Franz ("Franz"), by and through her undersigned counsel, and respectfully gives **NOTICE** that she hereby withdraws her statement at Section V, "ADOPTION OF OTHER OBJECTIONS," on page 18 of her July 17, 2015 Objection in which she adopted other properly and timely filed objections to the proposed settlement. [Objection, at p. 18; Doc. 118, at Page ID#: 933].

Accordingly, Franz no longer adopts any of the other objections filed in this case.

Respectfully submitted, this 23rd day of July, 2015.

/s/ W. Allen McDonald
W. Allen McDonald, Esq.
249 N Peters Road
Suite 101
Knoxville, TN 379234917
Tel: 865 246 0800

*Counsel for Melinda Erin Franz*

## CERTIFICATE OF SERVICE

I do hereby certify that on July 23, 2015, a copy of the foregoing was submitted electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. All other parties will be served by regular U.S. Mail.

Benjamin H. Richman
EDELSON PC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654

Bradley J. Andreozzi
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606

Christopher J. Braun
Justin A. Allen
PLEWS SHADLEY RACHER & BRAUN LLP
1346 N. Delaware St.
Indianapolis, IN 46202-2415
cbraun@psrb.com
jallen@psrb.com

Pamela Sweeney
2590 Richardson Street
Madison Wisconsin 53711

Paige Nash
4134 Hawthorne Ave.
Dallas, Texas 75219-2231

Jonathan E. Fortman
250 St. Catherine Street
Florissant, MO 63031
jef@fortmanlaw.com

Steve A. Miller PC
1625 Larimer Street, No. 2905
Denver, CO 80202
sampc01@gmail.com

John C. Kress
THE KRESS LAW FIRM LLC
4247 S. Grand Blvd.
St. Louis, MO 63111
jckress@thekresslawfirm.com

Lyndy Streight
2770 NW 19th St.
Oklahoma City, Oklahoma 73107

Gary W. Sibley
2711 No. Haskell, Suite 550
Dallas, TX 75204
g@juris.cc

Michael Beskine
141 NE 3rd Ave. # 8002
Eighth Floor
Miami, FL 33132

John Dipuccio
3133 Troy Ave
Cincinnati, OH 45213- I319

Jimmy Fuzzell
2338 E. Glenwood Ave.
Knoxville, TN 37917

Rita Hartsell
673 South Oak Ridge Road
Oakboro, NC 28129

This 23rd day of July, 2015.

           /s/ W. Allen McDonald
           W. Allen McDonald