**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Robert Kolinek, et. al.<br>v.<br>Walgreen Co. | Case Number: 13-cv-04806 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Melinda Erin Franz

| |
|---|
| NAME (Type or print)<br>Lloyd C. Chatfield |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lloyd C. Chatfield |
| FIRM<br>Law Offices of Lloyd C. Chatfield, II |
| STREET ADDRESS<br>18W140 Buttefield Rd., Suite 1500 |
| CITY/STATE/ZIP<br>Oakbrook Terrace, Illinois 60181 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6301542 | TELEPHONE NUMBER<br>(224) 688-9942 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |