IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation,<br><br>Defendant.<br><br>_____ | Case No. 13-cv-04806<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Please take notice of my appearance as counsel of record for objector Lyndy Streight:

Brent F. Vullings, Esq.
Vullings Law Group
3953 Ridge Pike
Suite 102
Collegeville, PA 19426
610-489-6060
bvullings@vullingslaw.com

VULLINGS LAW GROUP

Dated: July 28, 2015

By: /s/ *Brent F. Vullings*
Brent F. Vullings, Esq.
Vullings Law Group
3953 Ridge Pike
Suite 102
Collegeville, PA 19426
610-489-6060
bvullings@vullingslaw.com

*Attorney for Objector Lyndy Streight*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Objection to Class Action Settlement was filed electronically via CM/ECF on the July 28, 2015 and served by the same means on all counsel of record.

/s/ *Brent F. Vullings*