IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>WALGREEN CO., an Illinois corporation,<br><br>*Defendant*. | Case No. 13-cv-04806<br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Robert Kolinek ("Plaintiff"), respectfully requests that the Court enter an Order granting final approval of the Parties' proposed class action Settlement. Plaintiff's Motion is based upon his Notice of Motion, the Memorandum of Law (and the exhibits attached thereto) in support of the Motion, and the record in this matter, along with any oral argument that may be presented to the Court and evidence submitted in connection therewith at the Final Fairness Hearing.

WHEREFORE, Plaintiff Robert Kolinek, individually and on behalf of the Settlement Class, respectfully requests that the Court enter an Order (i) granting final approval of the Parties' class action Settlement, (ii) overruling any and all objections raised thereto, and (iii) providing such other and further relief as the Court deems reasonable and just.

Respectfully submitted,

**ROBERT KOLINEK**, individually and on behalf of the Settlement Class,

Dated: July 29, 2015

By: /s/ Rafey S. Balabanian
    One of Plaintiff's Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ryan D. Andrews
randrews@edelson.com
Benjamin H. Richman
brichman@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

I, Rafey S. Balabanian, an attorney, hereby certify that on July 29, 2015, I served the above and foregoing ***Plaintiff's Motion for Final Approval of Class Action Settlement*** by causing a true and accurate copy of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 29th day of July 2015.

/s/ Rafey S. Balabanian