UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| Kolinek | § | |
| --- | --- | --- |
| | § | |
| vs. | § | No. 1:13-cv-04806 |
| | § | |
| | § | Honorable Matthew F. Kennelly |
| Walgreen Co. | § | |

**ROUTINE MOTION OF OBJECTORS GLEITH COZBY, RENDEE BULLARD, SHARON HUGHES AND CHRISTINNA OLDHAM TO SUBSTITURE APPEARANCE**

Class Members and Objectors Gleith Cozby, Rendee Bullard, Sharon Hughes and Christinna Oldham ("Objectors"), by their undersigned counsel, respectfully seek leave to withdraw the appearance of Brianna Schroeder of Wilson Elser Moskowitz Edelman & Dicker and to substitute the appearance of Arthur Howe of Howe Law LLC as local counsel to the law firm Plews Shadley Racher & Braun LLP.

Wherefore Objectors pray that this Court grant leave to substitute local counsel and for such other and further relief justice may require.

Dated: July 30, 2015

s/ Brianna Schroeder                    s/ Arthur J. Howe

Wilson Elser Moskowitz Edelman & Dicker     Howe Law LLC
55 West Monroe St Ste 3800                  155 N Wacker Dr Ste 4250
Chicago, IL 60603                           Chicago IL 60606
312.821.6203                                312.600.8336
brianna.schroeder@wilsonelser.com           howe@howe-llc.com

## CERTIFICATE OF SERVICE

I, Arthur J. Howe, hereby certify that a true and correct copy of the attached **ROUTINE MOTION OF OBJECTORS GLEITH COZBY, RENDEE BULLARD, SHARON HUGHES AND CHRISTINNA OLDHAM TO SUBSTITURE APPEARANCE** was served on this 30th day of July, 2015 electronically via CM/ECF upon all registered users for this case.

s/ Arthur J. Howe