UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kolinek | § | |
| | § | |
| vs. | § | No. 1:13-cv-04806 |
| | § | |
| | § | Honorable Matthew F. Kennelly |
| Walgreen Co., | § | |

**MOTION OF OBJECTORS SHARON HUGHES
AND CHRISTINNA OLDHAM TO WITHDRAW**

Pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure Objectors Christinna Oldham ("Oldham") and Sharon Hughes ("Hughes") respectfully file this Motion to Withdraw from this litigation, and in support state as follows:

1. Pursuant to the Notice of the Class Action Settlement, on July 2, 2015, Hughes submitted an electronic claim in this matter through the Walgreens online claim submission system and was assigned Claim Number 600029885801. On July 7, 2015, Oldham submitted an electronic claim in this matter through the Walgreens online claim submission system and was assigned Claim Number 600031221301.

2. On July 16, 2015, Rendee Bullard, Gleith Cozby, Sharon Hughes and Christinna Oldham filed an objection to the settlement in this case.

3. Class Counsel subsequently communicated that the class membership records in their possession reflected that while Rendee Bullard and Gleith Cozby were members of the settlement class their records did not reflect that Hughes and Oldham were members of the settlement class. In light of not being reflected in the records as class members, Hughes and Oldham hereby wish to withdraw as objectors to the settlement

of this action and hereby withdraw their Claim Numbers 600029885801 and

600031221301, respectively.

4. Objectors Rendee Bullard and Gleith Cozby are class members.  Bullard and Cozby

do not join in this Motion and continue to assert their objection to the settlement.

WHEREFORE, Objectors Sharon Hughes and Christinna Oldham, respectfully request

that the Court enter an order allowing them to withdraw from this litigation, including their

objection to the settlement in this case, and for all other relief the Court deems appropriate.

Dated this 30th day of July, 2015.

/s/ Arthur J. Howe
**Howe Law LLC**
155 N. Wacker Dr.
Suite 450
Chicago, IL 60606-1750
Tel: (312) 600-8336
Fax: (312) 465-1395
howe@howe-llc.com

/s/Christopher J. Braun
Christopher J. Braun
IN Bar ID No. 19930-49
Justin Allen
IN Bar ID No. 31240-49
**Plews Shadley Racher & Braun LLP**
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317-637-0700
Fax: 317-631-0781
cbraun@psrb.com
jallen@psrb.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on July 30, 2015 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

<u>/s/ Justin Allen</u>
Justin Allen
**Plews Shadley Racher & Braun LLP**
IN Bar ID No. 31204-49
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317-637-0700
Fax: 317-631-0781
jallen@psrb.com