# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
Kolinek v. Walgreen Co.

Case Number: 1:13-cv-04806

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Class members Gleith Cozby, Rendee Bullard, Sharon Hughes and Christinna Oldham (collectively the "Objectors")

| | |
|---|---|
| NAME (Type or print)<br>Arthur J Howe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Arthur J Howe | |
| FIRM<br>Howe Law LLC | |
| STREET ADDRESS<br>155 N Wacker Dr Ste 4250 | |
| CITY/STATE/ZIP<br>Chicago IL 60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL 6190109 | TELEPHONE NUMBER<br>312.600.8336 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐