UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Robert Kolinek, et al.
                    Plaintiff,

v.                                          Case No.: 1:13−cv−04806
                                            Honorable Matthew F. Kennelly

Walgreen Co.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 5, 2015:

MINUTE entry before the Honorable Matthew F. Kennelly: Fairness / approval hearing held and continued to 8/24/2015 at 9:30 a.m. Class counsel's affidavit regarding the "lodestar" amount, as discussed in open court, is to be filed by 8/7/2015. Any person who has objected to the proposed settlement, proposed fee award, or incentive award and who wishes to reply to class counsel's supporting memoranda must file a written reply with the Clerk by no later than 8/14/2015. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.