Kolinek v. Walgreen Co. Settlement Administrator
P.O. Box 43358
Providence, RI 02940-3358

**WTT**

000031



Claim #: WTT-700001726001 197
LOUIS HERNANDEZ
109 24 195TH ST
NEW YORK, NY 11412

# FILED

AUG 0 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Kolinek v. Walgreen Co., No. 13-cv-04806

## CLAIM FORM

*Instructions. Fill out each section of this form and sign where indicated.*

| First Name | Last Name |
|---|---|
| Luis | Hernandez |

| Street Address |
|---|
| 109-24 195 ST |

| City | State | ZIP Code |
|---|---|---|
| Saint Albans | NY | 11412 |

| Cellular Telephone Number at which you received Prerecorded Prescription Call(s) |
|---|
|   |

**Class Member Affirmation**: By submitting this Claim Form and checking the box below, I declare that I am a member of the Settlement Class and that the following statement is true (box must be checked to receive payment):

[X] I received one or more prerecorded telephone calls from Walgreens at the cellular telephone number written above reminding me that my prescription was due for refill ("Prerecorded Prescription Calls") and I did not consent to receive these calls. *I recognize by affirming here that such calls were made without my consent, that I will be removed from the list of persons eligible to receive Prerecorded Prescription Calls from Walgreens and that I will not receive such calls in the future unless I separately provide my consent, which I may (but need not) do below.*

I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct.

Signature: _Luis Hernandez_   Date: 7-18-2015 (MM-DD-YY)

Printed Name: _Luis Hernandez_

\*             \*             \*

**Voluntary Request to Receive Future Prerecorded Prescription Calls:**

[ ] I now wish to receive Prerecorded Prescription Calls from Walgreens, and I consent to receive such calls. *I understand that providing this consent is not required for me to submit a claim in the settlement, nor is it required for me to purchase any goods or services from Walgreens.*

700001726001   WTTPOC1

023YVA                    243867_bad/000031/000091