## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Robert Kolinek, et al.
                    Plaintiff,

v.                                    Case No.: 1:13−cv−04806
                                      Honorable Matthew F. Kennelly

Walgreen Co.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 12, 2015:

     MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 8/12/2015. Motion by objectors Renee Bullard, Gleith Cozby, Sharon Hughes, Christina Oldhamm to substitute attorney [141] is granted. The appearance of Attorney Brianna Schroeder shall be substituted by Attorney Arthur Howe. Motion to quash and for protective order and to stay discovery [144] and motion to quash [145] are both denied in part and deferred in part as stated in open court. The oral motion by objector Melinda Franz to substitute attorney is granted. Attorney Wallace McDonald shall be substituted by Attorney Arthur Howe. Mailed notice.(pjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.