UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Kolinek § | |
| § | No. 1:13-cv-04806 |
| vs. § | |
| § | Honorable Matthew F. Kennelly |
| Walgreen Co. § | |

**MOTION OF OBJECTOR MELINDA ERIN FRANZ TO CLARIFY AND CORRECT ORDER REGARDING SUBSTITUTION OF APPEARANCE**

Class Member Melinda Erin Franz ("Objector"), by her undersigned counsel, respectfully moves to clarify and correct this Court's Order (Docket No. 156) to reflect that Mr. Howe is substituting in as local counsel for Ms. Franz, that W. Allen McDonald of Lacy, Price & Wagner, P.C. remains lead counsel for Ms. Franz and that Lloyd C Chatfield is granted leave to withdraw his appearance as local counsel for Ms. Franz.

Wherefore Objector prays that this Court clarify and correct its Order to reflect that W. Allen McDonald of Lacy, Price & Wagner, P.C. remains lead counsel for Ms. Franz, grant Lloyd C Chatfield to withdraw his appearance as local counsel for Ms. Franz and enter such other and further relief justice may require.

Dated: August 19, 2015

s/ Arthur J. Howe

Howe Law LLC
155 N Wacker Dr Ste 4250
Chicago IL 60606
312.600.8336
howe@howe-llc.com

## CERTIFICATE OF SERVICE

I, Arthur J. Howe, hereby certify that a true and correct copy of the attached **MOTION OF OBJECTOR MELINDA ERIN FRANZ TO CLARIFY AND CORRECT ORDER REGARDING SUBSTITUTION OF APPEARANCE** was served on this 19th day of August, 2015 electronically via CM/ECF upon all registered users for this case.

s/ Arthur J. Howe