# **EXHIBIT D**

| No. | Request | Objection |
|---|---|---|
| 1 | All non-privileged DOCUMENTS that support the objection filed by YOU in THIS ACTION. | All non-privileged documents supporting the objection filed in this action were produced in the Objectors' responses. |
| 2 | All DOCUMENTS that RELATE TO any and all objections that YOU filed to the approval of any class action settlement in any court in the United States (state or federal) including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal or an objection overruled at the trial court level. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are equally available to Class Counsel. |
| 3 | All DOCUMENTS that RELATE TO the resolution of any and all objections that YOU filed to the approval of any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are equally available to Class Counsel. |
| 4 | All DOCUMENTS that RELATE TO any gain or benefit to a class that resulted from an objection that YOU filed to the approval of any class action settlement in any court in the United States (state or federal). | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are |

| | | |
|---|---|---|
| | | equally available to Class Counsel. |
| 5 | All DOCUMENTS that RELATE TO any and all objections that YOU filed to the approval of an application for attorneys' fees in connection with any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are equally available to Class Counsel. |
| 6 | All DOCUMENTS that RELATE TO the resolution of any and all objections that YOU filed to an application for attorneys' fees in connection with any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are equally available to Class Counsel. |
| 7 | All DOCUMENTS that RELATE TO any gain or benefit to a class that resulted from an objection by YOU to an application for attorneys' fees in connection with any class action settlement in any court in the United States (state or federal). | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are equally available to Class Counsel. |
| 8 | All DOCUMENTS that RELATE TO any payments made to any objector to a class action represented by YOU. | This request: (1) is irrelevant and not reasonably calculated |

| | | | |
|---|---|---|---|
| | | | to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are equally available to Class Counsel. |
| 9 | | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which GLEITH COZBY might receive any financial compensation in connection with any objections that YOU filed to any class action settlement, including but not limited to THIS ACTION. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. Further, the retainer agreement with Ms. Cozby in this action has already been provided to Class Counsel. |
| 10 | | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which RENDEE BULLARD might receive any financial compensation in connection with any objections that YOU filed to any class action settlement, including but not limited to THIS ACTION. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. |
| 11 | | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which SHARON HUGHES might receive any financial compensation in connection with any objections that YOU filed to any class action settlement, including but not limited to THIS ACTION. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. Further, |

|    |    |    |
|----|----|----|
|    |    | Ms. Hughes has filed a motion to withdraw her objections. |
| 12 | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which CHRISTINNA OLDHAM might receive any financial compensation in connection with any objections that YOU filed to any class action settlement, including but not limited to THIS ACTION. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. Further, Ms. Oldham has filed a motion to withdraw her objections. |
| 13 | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which GLEITH COZBY might receive any financial compensation in connection with any objections that YOU filed to an application for attorneys' fees in connection with a class action settlement, including but not limited to THIS ACTION. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. Further, the retainer agreement with Ms. Cozby in this action has already been provided to Class Counsel. |
| 14 | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which RENDEE BULLARD might receive any financial compensation in connection with any objections that YOU filed to an application for attorneys' fees in connection with a class action settlement, including but not limited to THIS ACTION. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. |
| 15 | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which SHARON HUGHES might receive any financial compensation in connection with any objections that YOU filed to an application for attorneys' fees in connection with a class action settlement, including but not limited to THIS | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, |

|    |                                                                                                                                                                                                                                                                                            |                                                                                                                                                                                                                                                                                                                                |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | ACTION.                                                                                                                                                                                                                                                                                    | including confidential settlement agreements and client confidences pertaining to representation. Further, Ms. Hughes has filed a motion to withdraw her objections.                                                                                                                                                           |
| 16 | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which CHRISTINNA OLDHAM might receive any financial compensation in connection with any objections that YOU filed to an application for attorneys' fees in connection with a class action settlement, including but not limited to THIS ACTION. | This request: is (1) irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. Further, Ms. Oldham has filed a motion to withdraw her objections. |
| 17 | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which an objector might receive any financial compensation in connection with any objections that YOU filed to any class action settlement. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client confidences pertaining to representation. |
| 18 | All DOCUMENTS that RELATE TO any communication between YOU and GLEITH COZBY concerning THIS ACTION including the retainer or engagement agreement between YOU and GLEITH COZBY. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged. Further, the retainer agreement provided in this action has already been provided to Class Counsel. |
| 19 | All DOCUMENTS that RELATE TO any communication between YOU and RENDEE BULLARD concerning THIS ACTION including the retainer or engagement agreement between YOU and RENDEE BULLARD. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged. |

| 20 | All DOCUMENTS that RELATE TO any communication between YOU and SHARON HUGHES concerning THIS ACTION including the retainer or engagement agreement between YOU and SHARON HUGHES. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged. Ms. Hughes has filed a motion to withdraw her objections. |
|---|---|---|
| 21 | All DOCUMENTS that RELATE TO any communication between YOU and CHRISTINNA OLDHAM concerning THIS ACTION including the retainer or engagement agreement between YOU and CHRISTINNA OLDHAM. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged. Further, Ms. Oldham has filed a motion to withdraw her objections. |
| 22 | All DOCUMENTS that RELATE TO any communication between YOU and any lawyer concerning THIS ACTION, including, but not limited to any lawyer associated with an objection filed in this action. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including communications between Objectors' Counsel and the attorney who referred this case and between Objectors' Counsel and local counsel; and (3) calls for documents which are protected by work product doctrine. |
| 23 | All DOCUMENTS that RELATE TO any agreement or fee sharing arrangement between YOU and any lawyer associated with an objection filed in THIS ACTION. | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation. |
| 24 | All DOCUMENTS that RELATE TO any agreement describing the circumstances under which an objector might receive any financial or other compensation in | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of |

| | | |
|---|---|---|
| | connection with any objections filed by Plews Shadley Racher & Braun LLP, to an application for attorneys' fees in connection with any class action settlement. | admissible evidence; and (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation. |
| 25 | All DOCUMENTS that RELATE TO any appeal bond that YOU have been ordered to pay in the appeal of any class action settlement approval where YOU have been or represented the objectors(s). | This request: (1) is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence; (2) calls for documents which are confidential and privileged, including confidential settlement agreements and client information pertaining to representation; and (3) calls for documents which are a part of public record or are equally available to Class Counsel. |
| 26 | All DOCUMENTS that RELATE TO any sanctions, monetary or otherwise, that have been ordered against YOU in any other class action where YOU have been or represented the objector(s), at the trial or appellate level. | This request is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving these objections, no such documents exist. |