# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Case No. 13-cv-04806 <br><br> Honorable Matthew F. Kennelly |

## DECLARATION OF JONATHAN E. FORTMAN

Comes now Jonathan E. Fortman and hereby states and declares as follows:

1. I am over the age of eighteen and competent to make this Declaration.

2. I am an attorney representing Todd Spann, a class member in the above-referenced matter, who objected to the terms of the proposed settlement.

3. My co-counsel in this case are Steve A. Miller and John C. Kress.

4. I was licensed to practice law in 1992 in the State of Missouri.

5. For the past 20 years I have maintained a solo practice in St. Louis, Missouri.

6. For the past several years, I have concentrated my practice on representing franchisees in claims against franchisors. I have a national practice which involves claims throughout the United States.

7. While the majority of my practice involves cases in which I have a contingent fee agreement with my clients, I occasionally consult with franchise clients and other counsel utilizing an hourly rate. For the past three years, the rate I charge in those types of matters has been $400.00 per hour.

8. Steve A. Miller, my co-counsel, has been a licensed attorney since 1977. For the past 38 years, Mr. Miller has been a trial attorney in complex commercial matters and has been involved in numerous trials, arbitrations and appeals throughout the country.

9. John C. Kress, my co-counsel, was licensed as an attorney in the State of Missouri in 2001. Mr. Kress and I have acted as co-counsel in several matters including class action matters in which we were appointed lead counsel.

10. Based upon my billing rates and my experience over 23 years of practice throughout the United States, I believe that a billing rate of $400 per hour is conservative and within the market rate charged by other attorneys with the same experience as my co-counsel and myself.

11. That my co-counsel and me have tracked the time we spent in this case from initial client contact through the filing of the Motion to Withdraw the objection filed by Mr. Spann.

12. Attached hereto is a breakdown of the hours spent by my co-counsel and me in this matter. All fractional hours have been rounded down to the next whole hour.

13. That Myself and my co-counsel have expended a total of 165 hours in this matter.

I hereby declare under penalty of perjury that the foregoing statements are true and accurate.

        /S/ Jonathan E. Fortman
        Jonathan E. Fortman

Dated this 21st day of August, 2015.

Kolinek v. Walgreen Co.

| Activity | Attorney[1] | Time |
|---|---|---|
| Discussions with client; Review of notice; review of Settlement website including all Court documents disclosed therein | JEF<br>JCK<br>SAM | 3<br>1<br>1 |
| Research of Prescription Refill Reminder Calls; numerous studies and various documents Concerning mortality rates, hospitalization rates and the impact of prescription refill reminder calls on health | JEF<br>JCK | 10<br>22 |
| Research and Review Petitions to FCC Re TCPA exception concerning refill Reminder calls; review of public comments Concerning same; review of FCC Ruling Dated 7/10/2015 | JEF<br>JCK | 14<br>3 |
| Draft objection of Todd Spann | JEF<br>JCK<br>SAM | 7<br>8<br>2 |
| Continued review of docket including | JEF | 4 |

---

[1] JEF=Jonathan E. Fortman
JCK = John C. Kress
SAM = Steve A. Miller

| | | |
|---|---|---|
| Other objections and Plaintiff's Memorandum In Support of Settlement | JCK SAM | 10 2 |
| Receipt and Review of subpoena Served on Law Office of Jonathan E. Fortman, LLC. Legal research And drafting of objection to said Subpoena; consultation with co-Counsel | JEF JCK SAM | 17 9 2 |
| Drafting Notice of Non-appearance And Notice of Additional Authority and Filing same with court | JEF | 2 |
| Discussions with Class Counsel; emails to/from class counsel; correspondence by/between Class Counsel; drafting of Proposed Joint Stipulation; discussions With co-counsel | JEF JCK SAM | 17 11 4 |
| Draft Motion to Withdraw Objection and File same with court; confer With co-counsel; review with client | JEF JCK SAM | 8 3 2 |
| Continued review of docket and Various pleadings filed | JEF JCK | 2 1 |
| TOTAL ATTORNEY TIME: | | 165 |