UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Robert Kolinek, et al.

                      Plaintiff,

v.                                               Case No.: 1:13−cv−04806
                                              Honorable Matthew F. Kennelly

Walgreen Co.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Continued fairness hearing held on 8/24/2015. Motion of Sharon Hughes and Christinna Oldham to withdraw objection is granted [146]. Motion to clarify and correct order regarding substitution of appearance [163] is granted. Order [156] is corrected to read the oral motion by objector Melinda Franz to substitute attorney is granted. Attorney Arthur Howe shall be local counsel for objector Melinda Franz. Attorney Wallace McDonald shall be placed back on the docket. Motions to clarify [164] and [165] are granted in part. Subpoenas to the law firm are not enforced as to requests numbers 2 through 8, 17, 25 and 26 but are enforced as to remaining requests, subject to any claims of privilege which must be appropriately logged. Responses to subpoenas are due by 9/8/2015. Plaintiff has until 9/1/2015 to respond to reply brief in support of objections of Cozby and Bullard. Responses to objector Todd Spann's motion for attorneys fees [169] are to be filed by 9/1/2015; reply is to be filed by 9/8/2015. Fairness hearing and hearing on all pending motions is continued to 9/17/2015 at 9:30 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.