UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Robert Kolinek, et al.
                      Plaintiff,

v.                                           Case No.: 1:13−cv−04806
                                                  Honorable Matthew F. Kennelly

Walgreen Co.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 25, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the request to Judge Kennelly's courtroom deputy by counsel for defendant, who represented that no counsel for plaintiff or any objector objects, the continued fairness hearing date of 9/17/2015 is vacated and reset to 9/25/2015 at 1:30 pm. Defense counsel represented that all other counsel are available on 9/25/2015. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.