**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly, | ) ) ) | |
| | ) | Case No. 13-cv-04806 |
| Plaintiff, | ) ) | |
| | ) | Honorable Matthew F. Kennelly |
| v. | ) ) | |
| WALGREEN CO., | ) ) | |
| Defendant. | ) | |

**NOTICE OF MOTION FOR**
**MOTION OF CLASS MEMBER TODD SPANN TO**
**WITHDRAW OBJECTIONS TO CLASS ACTION SETTLEMENT**

Please take notice that on Friday, September 25, 2015 at 1:30 p.m., I shall appear before the Honorable Judge Matthew Kennelly , or any judge sitting in his stead, in the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, 60604, and present the Motion of Class Member Todd Spann to Withdraw Objections to Class Action Settlement, a copy of which was previously served upon you.

Dated: September 21, 2015


Respectfully submitted,


 _/s/ Jonathan E. Fortman_____

JONATHAN E. FORTMAN (40319MO)
Law Office of Jonathan E. Fortman, LLC
250 St. Catherine Street
Florissant, Missouri  63031
Ph# (314) 522-2312
Fax:  (314) 524-1519
Email:  jef@fortmanlaw.com

STEVE A. MILLER (CA Bar No. 171815)
Steve A. Miller, PC
1625 Larimer Street, No. 2905
Denver, CO 80202
Ph# 303-892-9933
Fax: 303-892-8925
Email: sampc01@gmail.com

JOHN C. KRESS (53396MO)
The Kress Law Firm, LLC
4247 S. Grand Blvd
St. Louis, MO 63111
Ph.#: (314) 631-3883
Fax: (314) 332-1534
Email: jckress@thekresslawfirm.com

## CERTIFICATE OF SERVICE

On this 21st day of September, 2015 this document was served upon all parties via the Court's ECF filing system.

                                                    _____/s/ Jonathan E. Fortman_____
                                                    Jonathan E. Fortman