# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Robert Kolinek, et al.

                         Plaintiff,

v.                                      Case No.: 1:13−cv−04806
                                          Honorable Matthew F. Kennelly

Walgreen Co.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 9/25/2015. Any motion seeking leave to take a deposition of an objector is to be filed by 10/2/2015 and noticed for hearing on 10/8/2015. Any supplement to the reply in support of settlement approval based on outstanding discovery is due by 10/23/2015. Status hearing is set for 10/8/2015 at 9:30 a.m. Mailed order.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.