## ATTORNEY-CLIENT EMPLOYMENT CONTRACT

THIS CONTRACT, made and entered into this the 14th day of July, 2015, by and between Melinda Erin Franz (hereinafter called "**Client**"), and the law firm of **LACY, PRICE & WAGNER, P.C.** (hereinafter called "**Attorneys**").

*WITNESSETH:*

WHEREAS, Client desires to employ Attorneys to represent Client regarding her objection to the class action settlement in Kolinek v. Walgreen Co., N.D. Ill. No 1-13-cv-4806, and Attorneys agree to accept such employment upon the terms hereof.

NOW, THEREFORE, the parties to this contract do hereby agree as follows:

1. Client does hereby employ and retain Attorneys as Client's Attorneys at Law to represent Client in all things connected with objection. **However, the undersigned Client has not been promised anything of value resulting from the filing of the objection.**

2. Attorneys are hereby authorized and empowered by Client to incur such expenses (for example, court costs, long distance telephone calls, photographs, and the like) or to consult and/or employ third-parties (for example, additional counsel or other legal professionals or paraprofessionals, expert witnesses, investigators, and the like) as are reasonably necessary, in the opinion of Attorneys, to properly pursue the objection.

3. The undersigned understands that said attorneys will seek to recover their fees and expenses pursuant to Fed. R. Civ. P. 23(h) and other applicable law.

4. The undersigned agrees to cooperate with the Attorneys, including taking any action necessary for pursuing the objection.

5. All expenses incident to the objection will be advanced by **LACY, PRICE & WAGNER, P.C.** in accordance with Rule 1.8(e)(1) of the Tennessee Supreme Court Rules of Professional Conduct.

6. Client agrees to execute all instruments that may be necessary to effectively pursue the objection.

7. In accordance with Rules of Professional Conduct, specifically the preamble and Rule 1.6, Attorneys shall keep in confidence information relating to representation of Client except so far as disclosure is required or permitted by the Rules of Professional Conduct or applicable law.

IN WITNESS WHEREOF, the parties have duly executed this contract effective the date first above written.

CLIENT: MELINDA ERIN FRANZ          LACY, PRICE & WAGNER, P.C.

_____     By: _____

# Claim Form Receipt

**Thank You.** Your claim form has been submitted. Please print this page as your receipt.

Your Claim Number is **108200658601**. Please retain this number for your records.

Print

| | |
|---|---|
| Case Code: | WTT |
| Date: | Jul 16, 2015 |

## CLAIMANT INFORMATION

MELINDA SCHWARTZ
8631 GLEASON DR
KNOXVILLE, TN 37923-5813

| | |
|---|---|
| Contact phone number: | (334) 324-1180 |
| Cellular Telephone Number at which you received Prerecorded Prescription Call(s): | (334) 324-1180 |
| Certification | I received one or more prerecorded telephone calls from Walgreens at the cellular telephone number written above reminding me that my prescription was due for refill ("Prerecorded Prescription Calls") and I did not consent to receive these calls. *I recognize by affirming here that such calls were made without my consent, that I will be removed from the list of persons eligible to receive Prerecorded Prescription Calls from Walgreens and will not receive such calls in the future unless I separately provide my consent, which I may (but need not) do below.*<br><br>**I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct.** |

Please print this page and retain it for your records.

For more information about the settlement and the claims filing process, please review the Class Notice.



www.kccllc.com

Home    File a Claim    Class Notice    Court Documents    Frequently Asked Questions

Kurtzman Carson Consultants    Terms of Use    Privacy Policy

# Review Your Claim

**Your claim is not yet submitted.** You must click the Submit button below to complete the process.

Please review the information you entered to ensure it is correct.

## CLAIMANT INFORMATION

MELINDA SCHWARTZ
8631 GLEASON DR
KNOXVILLE, TN 37923-5813

| | |
|---|---|
| Contact phone number: | (334) 324-1180 |
| Cellular Telephone Number at which you received Prerecorded Prescription Call(s): | (334) 324-1180 |
| Certification | I received one or more prerecorded telephone calls from Walgreens at the cellular telephone number written above reminding me that my prescription was due for refill ("Prerecorded Prescription Calls") and I did not consent to receive these calls. *I recognize by affirming here that such calls were made without my consent, that I will be removed from the list of persons eligible to receive Prerecorded Prescription Calls from Walgreens and will not receive such calls in the future unless I separately provide my consent, which I may (but need not) do below.*<br><br>I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct. |

Go Back    Submit Claim »

Change the above information


## KCC

www.kccllc.com

Home    File a Claim    Class Notice    Court Documents    Frequently Asked Questions

**Kurtzman Carson Consultants**    Terms of Use    Privacy Policy

LEGAL NOTICE

*Kolinek v. Walgreen Co.*, Case No. 13-cv-04806

**If you received a prerecorded call from Walgreens on your cell phone reminding you to refill your prescription, a class action settlement may affect your rights.**

A Federal Court authorized this notice.

You are <u>not</u> being sued.

This is <u>not</u> a solicitation from a lawyer.

*See reverse for details.*

*For complete information, visit www.PrescriptionCallSettlement.com or call 1-877-392-3209.*

*Kolinek v. Walgreen Co.*
Settlement Administrator
P.O. Box 43358
Providence, RI 02940-3358

PRESORTED
FIRST-CLASS
U.S. POSTAGE
**PAID**
YORK, PA
PERMIT NO. 12039

Postal Service: Please do not mark barcode

Claim #: WTT-108200658601 - 3984346

\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*5-DIGIT 37923
00893032 r446516 T1383  2248  000028
Melinda Schwartz
8631 Gleason Dr.
Knoxville, TN 37923-5813

# WTT

---

*Kolinek v. Walgreen Co.*, No. 13-cv-04806

CLAIM FORM

*Instructions. Fill out each section of this form and sign where indicated.*

First Name: _____ Last Name: _____

Street Address: _____

City: _____ State: _____ ZIP Code: \_\_\_ \_\_\_ \_\_\_ \_\_\_ \_\_\_

Cellular Telephone Number at which you received Prerecorded Prescription Call(s): 334-324-1180

**Class Member Affirmation**: By submitting this Claim Form and checking the box below, I declare that I am a member of the Settlement Class and that the following statement is true (box must be checked to receive payment):

☐ I received one or more prerecorded telephone calls from Walgreens at the cellular telephone number written above reminding me that my prescription was due for refill ("Prerecorded Prescription Calls") and I did not consent to receive these calls. *I recognize by affirming here that such calls were made without my consent, that I will be removed from the list of persons eligible to receive* Prerecorded Prescription Calls *from Walgreens and that I will not receive such calls in the future unless I separately provide my consent, which I may (but need not) do below.*

I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct.

Signature: _____ Date: \_\_\_ \_\_\_ - \_\_\_ \_\_\_ - \_\_\_ \_\_\_

Printed Name: _____ (MM-DD-YY)

**Voluntary Request to Receive Future Prerecorded Prescription Calls**:

☐ I now wish to receive Prerecorded Prescription Calls from Walgreens, and I consent to receive such calls. *I understand that providing this consent is not required for me to submit a claim in the settlement, nor is it required for me to purchase any goods or services from Walgreens.*

Questions, visit www.PrescriptionCallSettlement.com or call 1-877-392-3209

108200658601
WTTCRD1

A settlement has been reached in a class action lawsuit against *Walgreen Co.* ("Walgreens"). The lawsuit alleges that Walgreens made prerecorded calls to the cellular telephones of certain pharmacy customers to remind them when their prescriptions were due for refill ("Prerecorded Prescription Calls"), without their consent. Walgreens denies any wrongdoing and maintains that Prerecorded Prescription Calls are medical alerts that its customers want and are made with their consent. The settlement does not establish who is correct, but rather is a compromise to end the lawsuit. The lawsuit is called *Kolinek v. Walgreen Co.*, Case No. 13-cv-04806, and is in the U.S. District Court for the Northern District of Illinois.

**Why am I being contacted?** Our records show you may be a "Settlement Class Member." Settlement Class Members are all individuals in the United States who received Prerecorded Prescription Calls from Walgreens called on their cellular phones. You may be entitled to payment under the settlement if you affirm that you did not consent to receive the Prerecorded Prescription Calls, but in that case you will not be eligible to receive these reminder calls on your cell phone in the future unless you provide consent for future calls (which you may do on the Claim Form).

**What can I get out of the settlement?** If you're eligible and the Court approves the settlement, you could receive a cash payment. Settlement Class Members will receive equal shares of an $11 million Settlement Fund that Walgreens has agreed to create, after the payment of expenses and fees. If the individual payments would be less than $15, you will have a second chance to exclude yourself from the settlement or Walgreens may pay you the difference up to $15.

**How do I get my payment?** Just complete and verify the short and simple Claim Form attached to this postcard. You can also get a paper copy of the Claim Form by calling 1-877-392-3209, or by visiting the website www.PrescriptionCallSettlement.com. You also have the option of filing a claim online. All Claim Forms must be postmarked or submitted on the settlement website by July 22, 2015.

**What are my options?** You can do nothing, submit a Claim Form, comment on or object to any of the settlement terms, or exclude yourself from the settlement. If you do nothing or submit a Claim Form, you won't be able to sue Walgreens in a future lawsuit about the claims addressed in the settlement. If you exclude yourself, you won't get a payment but you'll keep your right to sue Walgreens on the issues the settlement concerns. You must contact the Settlement Administrator by mail to exclude yourself. You can also object to the settlement if you disagree with any of its terms. *All Requests for Exclusion and Objections must be received by July 17, 2015.*

**Do I have a lawyer?** Yes. The Court has appointed lawyers from the law firm Edelson PC as "Class Counsel." They represent you and other Settlement Class Members. The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. The Court has also chosen Robert Kolinek—a Class Member like you—to represent the Class.

**When will the Court approve the settlement?** The Court will hold a final fairness hearing on August 5, 2015 at 9:30 a.m. at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, Courtroom 2103. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses (of up to 35% of the Settlement Fund) and an incentive award. These requests will be posted on the settlement website.

*Visit www.PrescriptionCallSettlement.com for complete information.*

WTT



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 1810    PROVIDENCE, RI

POSTAGE WILL BE PAID BY ADDRESSEE

KOLINEK V. WALGREENS CO. SETTLEMENT ADMINISTRATOR
PO BOX 43358
PROVIDENCE  RI 02940-9558



| Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|
| Melinda Franz | | Aug 07 - Sep 06 | Sep 10, 2015 | **1 of 6** |

# Hello!

Need more information? Visit sprint.com for a complete view of account activity and call detail.

Sprint is making changes to your bill to make it simpler and easier to read. Look for these exciting changes in the upcoming months.

**(334) 324-1180**

Previous Balance..................................................................
Payment on Aug 30 - Thank you!.........................................

New Charges..........................................................................

**You can contact Sprint Customer Service**

On the Web:
www.sprint.com

By Phone:
1-888-211-4727

Use your Mobile free of charge:
Dial *2 to contact Customer Service
Dial *3 to make a one-time payment



MELINDA FRANZ
8631 GLEASON DR
KNOXVILLE, TN 37923-5813



F55555444422CF

541411451  00000010194  000000000000  000000101943