# Allen McDonald

**From:** Arthur Howe <howe@howe-llc.com>
**Sent:** Tuesday, August 11, 2015 10:41 AM
**To:** Allen McDonald
**Subject:** Re: Kolinek v. Walgreen Co.

Confirmed.

Arthur J Howe
Howe Law LLC
155 N Wacker Dr Ste 4250
Chicago IL 60606-1750
312.600.8336 d
312.925.4658 c
312.465.1395 f
howe@howe-llc.com

---

**From:** Allen McDonald <amcdonald@lpwpc.com>
**Date:** Tuesday, August 11, 2015 at 9:38 AM
**To:** Arthur Howe <howe@howe-llc.com>
**Subject:** RE: Kolinek v. Walgreen Co.

As discussed, our counter-proposal is a purely contingent $1500/hour for your work, capped at 20% of any recovery for Mrs. Franz's objection.

Allen