UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KOLINEK, individually § <br> And on behalf of all others similarly, § <br> § <br> Plaintiff § <br> § <br> v. § <br> § <br> WALGREEN CO., § <br> § <br> Defendant § | | Case No. 13-cv-04806 <br><br> Honorable Matthew F. Kennelly |

DOCUMENTS TO BE PRODUCED

1. All non-privileged DOCUMENTS that support the objection of PAIGE NASH in THIS ACTION.

RESPONSE: Federal Communications Commission Case FCC 15-72 And 47 CFR Subpart L.

2. All DOCUMENTS that RELATE TO any and all objections that YOU filed to the approval of any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

RESPONSE: No Response Required.

3. All DOCUMENTS that RELATE TO the resolution of any and all objections that YOU filed to the approval of any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

RESPONSE: No Response Required

4. All DOCUMENTS that RELATE TO any gain or benefit to a class that resulted from an objection that YOU filed to the approval of any class action settlement in any court in the United States (state or federal).

RESPONSE: No Response Required

5. All DOCUMENTS that RELATE TO any and all objections that YOU filed to the approval of an application for attorneys' fees in connection with any class action settlement any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

RESPONSE: No Response Required.

6. All DOCUMENTS that RELATE TO the resolution of any and all objections that YOU filed an application for attorneys' fees in connection with any class action settlement in any court in the United States (state or federal), including evidence of any payments made to YOU in exchange for withdrawing an objection or dismissing any appeal of an objection overruled at the trial court level.

RESPONSE: No Response Required.

7. All DOCUMENTS that RELATE TO any gain or benefit to a class that resulted from an objection by YOU to an application for attorneys' fees in connection with any class action settlement in any court in the United States (state or federal).

RESPONSE: No Response Required.

8. All DOCUMENTS that RELATE TO any payments made to any objector to a class action represented by YOU.

RESPONSE: No Response Required.

9. All DOCUMENTS that RELATE TO any agreement describing

the circumstances under which PAIGE NASH might receive any financial compensation in connection with any objections that YOU filed to any class action settlement, including but not limited to THIS ACTION.

RESPONSE: There are no documents responsive to this request.

10. All DOCUMENTS that RELATE TO any agreement describing the circumstances under which PAIGE NASH might receive any financial compensation in connection with any objections that YOU filed or assisted in writing regarding an application for attorneys' fees in connection with a class action settlement, including but not limited to THIS ACTION.

RESPONSE: There are no documents responsive to this request.

11. All DOCUMENTS that RELATE TO any agreement describing the circumstances under which an objector might receive any financial compensation in connection with any objections that YOU filed, or assisted in writing, to any class action settlement.

RESPONSE: There are no documents responsive to this request.

12. All DOCUMENTS that RELATE TO any communication between YOU and PAIGE NASH concerning THIS ACTION including any retainer or engagement agreement between YOU and PAIGE NASH.

RESPONSE: There are no documents responsive to this request.

13. ALL DOCUMENTS that RELATE TO any communication between YOU and any lawyer concerning THIS ACTION, including, but not limited to any lawyer associated with any objection filed in THIS ACTION.

RESPONSE: Please see Privilege Log.

14. ALL DOCUMENTS that RELATE TO any agreement or fee sharing arrangement between YOU and any lawyer associated with any objection filed in THIS ACTION.

RESPONSE: There are no documents responsive to this request.

15. All DOCUMENTS that RELATE TO any agreement describing the circumstances under which an objector might receive any financial or other compensation in connection with any objections filed by YOU, to an application for attorneys' fees in connection with any class action settlement.

RESPONSE: There are no documents responsive to this request.

16. ALL DOCUMENTS that RELATE TO any appeal bond that YOU have been ordered to pay in the appeal of any class action settlement approval where YOU have been or represented the objector(s).

RESPONSE: Please see attached Motion for Return of Bond

17. ALL DOCUMENTS that RELATE TO any sanctions, monetary or otherwise, that have been ordered against YOU in any other class action where YOU have been or represented the objector(s), at the trial or appellate level.

RESPONSE: No Response Required.

/s/Thomas L. Cox Jr.
Thomas L. Cox Jr.
7129 Tabor Dr.
Dallas, Texas 752321
469-531-3313
tcox009@yahoo.com

CERTFICATE OF SERVICE

On this the 16th day of September, 2015 this document was served upon Benjamin H. Richman by email.

/s/Thomas L. Cox Jr.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KOLINEK, individually § | | |
| And on behalf of all others similarly, § | | |
| § | Case No. 13-cv-04806 | |
| Plaintiff § | | |
| § | | |
| v. § | Honorable Matthew F. Kennelly | |
| § | | |
| WALGREEN CO., § | | |
| § | | |
| Defendant § | | |

PRIVILEGE LOG IN RESPONE TO SUBPOENA TO THOMAS L. COX

In Response to Subpoena item 13, objection is made that the request seeks documents that are privileged as Attorney Work Product and all documents discuss the response to class counsels Subpoena .

13. ALL DOCUMENTS that RELATE TO any communication between YOU and any lawyer concerning THIS ACTION, including, but not limited to any lawyer associated with any objection filed in THIS ACTION.

The documents for which this privilege is claimed include:

1. Email from Thomas Cox to Jon Fortman dated July 22, 2015.

2. Email from Thomas Cox to Jon Fortman dated July 31, 2015.

3. Email from Jon Fortman to Thomas Cox dated August 13, 2015.

/s/Thomas L. Cox Jr.
Thomas L. Cox Jr.
7129 Tabor Dr.
Dallas, Texas 752321
469-531-3313
tcox009@yahoo.com

CERTFICATE OF SERVICE

On this the 16th day of September, 2015 this document was served upon Benjamin H. Richman by email.

/s/Thomas L. Cox Jr.

Thomas L. Cox, Jr.
State Bar No. 04964400
4934 Tremont
Dallas, Texas 75214
(469) 531-3313
tox009@yahoo.com

Attorney for Objectors Travis Cox,
Shelley Stevens and Margaret Johnson

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

IN RE: AT&T MOBILITY WIRELESS
DATA SERVICES SALES TAX
LITIGATION

This document relates to all actions

Case No. 1:10-cv-02278
Judge Amy J. St. Eve

**MOTION FOR RETURN OF BOND**

To The Honorable District Judge:

Travis Cox, Shelley Stevens, Margaret Johnson, Paige Nash, Margaret Strohlein, Mike Hale, Summer Hogan, Michael Schulz and Omar Rivero, members of the Class who deposited a cost bond with the Court, hereby petition the Court for the return of said bond.

1. For purposes of this motion, Movants are listed by the name of the attorney for each appeal group.

2. The attorney groups are:

The Tom Cox Group, consisting of Appellants Travis Cox, Margaret Johnson and Shelley Stevens.

The Gary Sibley Group, consisting of Appellant Paige Nash.

The Darrell Palmer Group, consisting of Appellant Margaret Strohlein.

The Chris Bandas Group, consisting of Appellants Mike Hale, Summer Hogan, Omar Rivero and Michael Schhulz.

3. On July 28, 2010, the Court entered an Order requiring all Appellants to post a bond in the total amount of $4,500.00 (DKT 251).

---

MOTION FOR RETURN OF BOND – Page 1

4. All attorney groups subsequently posted separately one-fourth of the total amount of $4,500. Sibley and Cox posted their bonds in the amount of individual checks in the amount of $1,125.00 (DKT 256). Palmer posted his bond in the amount of $1,125.00. Bandas posted his bond in the amount of $1,125.00.

5. All appeals were subsequently resolved and dismissed (DKT 264 and 266) with all parties to bear their own costs.

6. The Cost Bond collectively posted by the Bandas, Cox, Palmer and Sibley Groups should be returned to the groups posting the Bond.

7. No taxable costs were incurred in Court of Appeal and no motion for costs has been filed.

**RELIEF**

Movants request that the Court enter an Order requiring the District Clerk to return the $4,500.00 Cost Bond in the amount of $1,125.00 separately to each attorney posting the Bond.

Respectfully submitted,

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr.
State Bar No. 04964400
4934 Tremont
Dallas, Texas 75214
(469) 531-3313
tcox009@yahoo.com

/s/ Gary W. Sibley
Gary W. Sibley
State Bar No. 18447700
2414 No. Akard Suite 700
Dallas, Texas 75201
(214) 522-5222
Email g@juris.cc

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Law Offices of Darrell Palmer
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone (858) 792-5600
Fax: (858) 792-5655
Email:
Darrell.palmer@palmerlegalteam.com

MOTION FOR RETURN OF BOND – Page 2

/s/ Christopher A. Bandas  
Christopher A. Bandas  
Bandas Law Firm, P.C.  
500 N. Shoreline Blvd., Site 1020  
Corpus Christi, Texas 78471  
Phone: (361) 698-5200  
Fax: (361) 698-5222  
Email: cbandas@bandaslawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ Thomas L. Cox, Jr.  
Thomas L. Cox, Jr.

**CERTIFICATE OF CONFERENCE**

I Certify that I conferred with Chip Robertson Class Counsel on February 3rd and he is not opposed to the Motion.

/s/ Thomas L. Cox, Jr.  
Thomas L. Cox, Jr.