

**Benjamin H. Richman <brichman@edelson.com>**

---

## Re: Lyndy Streight

---

**Jay Edelson** <jedelson@edelson.com>  Thu, Jul 30, 2015 at 2:59 PM
To: Brent Vullings <bvullings@vullingslaw.com>
Cc: Rafey Balabanian <rbalabanian@edelson.com>, Ben Richman <brichman@edelson.com>, Courtney Booth <cbooth@edelson.com>, Ryan Andrews <randrews@edelson.com>

I think you misunderstand the class definition. The question is not whether she received calls, voicemails and texts from Walgreen's. She would need to have received precorded prescription calls from Walgreen's within the relevant time. I will double check the class List but we were told she was not on it. Did she get a notice sent to her?. If not, when did she receive the prescription calls?

Give me some dates for the deposition just in case we still need it but I'm also happy to Lee working with you to see if we can avoid it.

Best,

Jay

Sent from my iPhone

On Jul 30, 2015, at 2:28 PM, Brent Vullings <bvullings@vullingslaw.com> wrote:

> Jay,
>
> My client, Lyndy Streight's cell phone number is and was 405-694-6269. This is the same number that appears on the filed Objection. My client also received calls, voicemails and text messages to her cell phone from the Defendant as alleged in this class action and is therefore a class member.
>
> Also, I was just made aware that my client has recently received a subpoena to testify and produce documents in this matter. Unfortunately, I am not available next week as I have had to move several things onto my schedule for next week as a result of a previous vacation. In addition, my client's work obligations and schedule makes her unavailable for the week of 8/10/15. If I can provide you with some additional information in order to forego the need for my client's testimony please let me know. Otherwise, after checking my availability and conferring with my client, I will get back to you with some more convenient dates for a deposition.
>
> Brent F. Vullings, Esq.
>
> *Licensed in PA, NJ, NY & DC*
>
> Vullings Law Group, LLC

3953 Ridge Pike

Suite 102

Collegeville, PA  19426

www.fairdebtlawyers.com

Toll Free 855-FAIR-2-ME

610-489-6060

610-489-1997 fax

Like us on Facebook 

Follow us on Twitter <image002.gif>

*The attorneys at Vullings Law Group , LLC are also admitted to practice in the United States District Court for the districts of the Eastern District of PA, Middle District of PA, Western District of PA, District of NJ, Southern District of New York, Eastern District of New York, Northern District of New York, Western District of New York, Eastern District of Michigan, Western District of Michigan, Northern District of Illinois, Central District of Illinois, Western District of Tennessee, Northern District of Texas, District Court of Colorado and the District Court of North Dakota.*

CONFIDENTIALITY NOTICE: The information and all attachments contained in this electronic communication are legally privileged and confidential information, subject to the attorney-client privilege and intended only for the use of the intended recipients. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately of the error by return e-mail and please permanently remove any copies of this message from your system and do not retain any copies, whether in electronic or physical form or otherwise. Thank you.

**From:** Jay Edelson [mailto:jedelson@edelson.com]
**Sent:** Wednesday, July 29, 2015 12:11 PM
**To:** bvullings@vullingslaw.com
**Cc:** Rafey Balabanian; Ryan Andrews; Courtney Booth; Benjamin H. Richman
**Subject:** Lyndy Straight


Brent,

Thanks for taking the time to speak to me.  During our call, I explained the reason we don't believe

your client is a class member -- specifically, we were informed that her cell phone number does not appear on the class list.  You told me that you had briefly discussed the issue with Matt and that you disagreed with my position but nevertheless wanted to take a look at the file and speak to Matt again.  Obviously, that's fine with us.  If you could get back to us by the end of the week letting us know your position, I would appreciate it.

Best,

Jay

Jay Edelson | Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
1.312.589.6375 (direct) | 1.312.589.6370 (firm) | 1.312.589.6378 (fax)
jedelson@edelson.com | www.edelson.com

Please consider the environment before printing this e-mail

CONFIDENTIALITY AND LIABILITY FOR MISUSE.
The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.