

Benjamin H. Richman <brichman@edelson.com>

# Kolinek v. Walgreens

**Benjamin H. Richman** <brichman@edelson.com>  Wed, Sep 23, 2015 at 5:22 PM
To: Brent Vullings <bvullings@vullingslaw.com>
Cc: Nick Larry <nlarry@edelson.com>, Jamie Holz <jholz@edelson.com>

Brent:

These records aren't responsive to the subpoena. If your point is to try to rebut the fact that the phone number identified by Ms. Streight in her objection doesn't appear on the Class List, it's unclear why you wouldn't just produce, for example, her phone bills showing the calls she claims to have received. Beyond that, the records obviously don't speak to things like the terms of her representation agreement(s) with your firm or Mr. Kurilich, nor any of the other requests sustained by the Court.

At this point we see three options as to how we proceed from here. First, Ms. Streight can respond to each of the requests listed in the subpoena and sustained by the Court (I know you have ECF access to the Court's Order, but if you'd prefer us to send it to you, just let me know) and do so by the end of this week. Second, we can proceed with Ms. Streight's deposition at a mutually agreeable time and date. (You previously represented that you would provide us alternative dates to do so, but we never received them.) Or third, we can proceed to seek an order compelling Ms. Streight to respond to the subpoena and/or holding her in contempt for failing to do so. (Given that we hadn't heard from you and Ms. Streight had not otherwise responded to the subpoena, we actually planned to open up a miscellaneous action seeking an order to show cause in the Western District of Oklahoma today. But we're obviously happy to hold off through the end of the week if Ms. Streight will now comply with the subpoena.) If the latter, please let me know whether Ms. Streight will consent to such proceedings in the Northern District of Illinois before Judge Kennelly or would prefer that we open an action in the Western District of Oklahoma where her compliance with the subpoena is required.

Best,
Ben

Benjamin H. Richman | Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
312.589.6377 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)
brichman@edelson.com | www.edelson.com

♻ Please consider the environment before printing this e-mail.

_____

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly proh bited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies hereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

On Wed, Sep 23, 2015 at 4:44 PM, Brent Vullings <bvullings@vullingslaw.com> wrote:

> Ben,

These are the only documents that my client was able to obtain.  Attached please find prescription records for my client indicating years worth of prescriptions from Walgreens.  This relationship generated numerous unwanted and unwarranted telephone calls to my client.

Brent F. Vullings, Esq.

*Licensed in PA, NJ, NY & DC*

Vullings Law Group, LLC

3953 Ridge Pike

Suite 102

Collegeville, PA  19426

www.fairdebtlawyers.com

Toll Free 855-FAIR-2-ME

610-489-6060

610-489-1997 fax

Like us on Facebook 

Follow us on Twitter 

*The attorneys at Vullings Law Group , LLC are also admitted to practice in the United States District Court for the districts of the Eastern District of PA, Middle District of PA, Western District of PA, District of NJ, Southern District of New York, Eastern District of New York, Northern District of New York, Western District of New York, Eastern District of Michigan, Western District of Michigan, Northern District of Illinois, Central District of Illinois, Western District of Tennessee, Northern District of Texas, District Court of Colorado and the District Court of North Dakota.*

CONFIDENTIALITY NOTICE: The information and all attachments contained in this electronic communication are legally privileged and confidential information, subject to the attorney-client privilege and intended only for the use of the intended recipients. If the reader of this message is not an intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately of the error by return e-mail and please permanently remove any copies of this message from your system and do not retain any copies, whether in electronic or

physical form or otherwise. Thank you.

---

**From:** Benjamin H. Richman [mailto:brichman@edelson.com]
**Sent:** Monday, September 14, 2015 11:42 PM
**To:** Brent Vullings
**Cc:** Nick Larry
**Subject:** Re: Kolinek v. Walgreens

Brent:

We have not heard back from you on this case in weeks. Please let me know whether you can meet and confer tomorrow--we are generally available. If we do not hear from you, we intend to seek an order of contempt against your client for her failure to respond to the subpoena served upon her in this matter. We'd like to avoid the need to proceed in that way, if possible.

Best,

Ben

Benjamin H. Richman | Edelson PC

350 North LaSalle Street, Suite 1300

Chicago, Illinois 60654

312.589.6377 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)

brichman@edelson.com | www.edelson.com

? Please consider the environment before printing this e-mail.

_____

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies hereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

On Wed, Sep 2, 2015 at 4:49 PM, Benjamin H. Richman <brichman@edelson.com> wrote:

Brent:

We'd like to schedule a time to meet and confer with you regarding the subpoena we served upon your client, Ms. Streight, in the *Kolinek* matter. Do you have time to speak tomorrow or Friday? Please let me know.

Thanks,

Ben

Benjamin H. Richman | Edelson PC

350 North LaSalle Street, Suite 1300

Chicago, Illinois 60654

312.589.6377 (direct) | 312.589.6370 (firm) | 312.589.6378 (fax)

brichman@edelson.com | www.edelson.com

? Please consider the environment before printing this e-mail.

_____

CONFIDENTIALITY AND LIABILITY FOR MISUSE.

The information contained in this communication is the property of Edelson PC.  It is confidential, may be attorney work product, attorney-client privileged or otherwise exempt from disclosure under applicable law, and is intended only for the use of the addressee(s).  Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited.  If you have received this communication in error, please notify Edelson PC immediately by return e-mail and destroy this communication and all copies hereof, including all attachments.

Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.