UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Robert Kolinek, et al.
                Plaintiff,

v.                                       Case No.: 1:13−cv−04806
                                                    Honorable Matthew F. Kennelly

Walgreen Co.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2015:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 10/8/2015. Motion to take deposition [192] is denied. Bullard subpoenaes are to be replied to by 10/9/2015. Fairness hearing on motion for approval of fees is set for 10/19/2015 at 10:00 a.m. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.