FILED

OCT - 9 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

October 5, 2015

Everett McKinley Dirksen
United States Courthouse - Courtroom 2103
219 S. Dearborn Street
Chicago, IL 60604

Dear Judge:

I am a claimant in this lawsuit (13-cv-04806). And I just want to notify you of that before any monetary disbursement. Please find enclosed all documents that were mailed to me.

If you have any questions, please call me at (615)-438 3198! Thank you!

Sincerely,

Deborah Lynn Jernigan

Address: 301 - 28th Avenue N #419
Nashville, TN 37203

LEGAL NOTICE

*Kolinek v. Walgreen Co.*, Case No. 13-cv-04806

**If you received a prerecorded call from Walgreens on your cell phone reminding you to refill your prescription, a class action settlement may affect your rights.**

A Federal Court authorized this notice.

You are not being sued.

This is not a solicitation from a lawyer.

***See reverse for details.***

***For complete information, visit www.PrescriptionCallSettlement.com or call 1-877-392-3209.***

***Kolinek v. Walgreen Co.***
**Settlement Administrator**
P.O. Box 43358
Providence, RI 02940-3358

PRESORTED
FIRST-CLASS
U.S. POSTAGE
**PAID**
YORK, PA
PERMIT NO. 12039



Postal Service: Please do not mark barcode

Claim #: WTT-104448066401 - 2148252

***********AUTO**5-DIGIT 37203
00832617 r416309 T1301 2125 000026
Deborah Jernigan
301 28th Ave. N., Apt. 419
Nashville, TN 37203-4502

# WTT

*Kolinek v. Walgreen Co.*, No. 13-cv-04806

**CLAIM FORM**

***Instructions.** Fill out each section of this form and sign where indicated.*

First Name: DEBORAH Last Name: JERNIGAN

Street Address: 301 - 28th AVENUE N # 419

City: NASHVILLE State: TN ZIP Code: 37203

Cellular Telephone Number at which you received Prerecorded Prescription Call(s): 615-438-3178

**Class Member Affirmation**: By submitting this Claim Form and checking the box below, I declare that I am a member of the Settlement Class and that the following statement is true (box must be checked to receive payment):

☒ I received one or more prerecorded telephone calls from Walgreens at the cellular telephone number written above reminding me that my prescription was due for refill ("Prerecorded Prescription Calls") and I did not consent to receive these calls. *I recognize by affirming here that such calls were made without my consent, that I will be removed from the list of persons eligible to receive* Prerecorded Prescription Calls *from Walgreens and that I will not receive such calls in the future unless I separately provide my consent, which I may (but need not) do below.*

I state under penalty of perjury under the laws of the State in which this Affirmation is executed and the United States of America that the information provided above is true and correct.

Signature: Deborah L. Jernigan Date: 6 . 4 . 15 (MM-DD-YY)

Printed Name: DEBORAH L. JERNIGAN

**Voluntary Request to Receive Future Prerecorded Prescription Calls:**

☐ I now wish to receive Prerecorded Prescription Calls from Walgreens, and I consent to receive such calls. *I understand that providing this consent is not required for me to submit a claim in the settlement, nor is it required for me to purchase any goods or services from Walgreens.*

**Questions, visit www.PrescriptionCallSettlement.com or call 1-877-392-3209**

104448066401
WTTCRD1

A settlement has been reached in a class action lawsuit against ***Walgreen Co.*** ("Walgreens"). The lawsuit alleges that Walgreens made prerecorded calls to the cellular telephones of certain pharmacy customers to remind them when their prescriptions were due for refill ("Prerecorded Prescription Calls"), without their consent. Walgreens denies any wrongdoing and maintains that Prerecorded Prescription Calls are medical alerts that its customers want and are made with their consent. The settlement does not establish who is correct, but rather is a compromise to end the lawsuit. The lawsuit is called *Kolinek v. Walgreen Co.*, Case No. 13-cv-04806, and is in the U.S. District Court for the Northern District of Illinois.

**Why am I being contacted?** Our records show you may be a "Settlement Class Member." Settlement Class Members are all individuals in the United States who received Prerecorded Prescription Calls from Walgreens called on their cellular phones. You may be entitled to payment under the settlement if you affirm that you did not consent to receive the Prerecorded Prescription Calls, but in that case you will not be eligible to receive these reminder calls on your cell phone in the future unless you provide consent for future calls (which you may do on the Claim Form).

**What can I get out of the settlement?** If you're eligible and the Court approves the settlement, you could receive a cash payment. Settlement Class Members will receive equal shares of an $11 million Settlement Fund that Walgreens has agreed to create, after the payment of expenses and fees. If the individual payments would be less than $15, you will have a second chance to exclude yourself from the settlement or Walgreens may pay you the difference up to $15.

**How do I get my payment?** Just complete and verify the short and simple Claim Form attached to this postcard. You can also get a paper copy of the Claim Form by calling 1-877-392-3209, or by visiting the website www.PrescriptionCallSettlement.com. You also have the option of filing a claim online. All Claim Forms must be postmarked or submitted on the settlement website by July 22, 2015.

**What are my options?** You can do nothing, submit a Claim Form, comment on or object to any of the settlement terms, or exclude yourself from the settlement. If you do nothing or submit a Claim Form, you won't be able to sue Walgreens in a future lawsuit about the claims addressed in the settlement. If you exclude yourself, you won't get a payment but you'll keep your right to sue Walgreens on the issues the settlement concerns. You must contact the Settlement Administrator by mail to exclude yourself. You can also object to the settlement if you disagree with any of its terms. ***All Requests for Exclusion and Objections must be received by July 17, 2015.***

**Do I have a lawyer?** Yes. The Court has appointed lawyers from the law firm Edelson PC as "Class Counsel." They represent you and other Settlement Class Members. The lawyers will request to be paid from the Settlement Fund. You can hire your own lawyer, but you'll need to pay your own legal fees. The Court has also chosen Robert Kolinek—a Class Member like you—to represent the Class.

**When will the Court approve the settlement?** The Court will hold a final fairness hearing on August 5, 2015 at 9:30 a.m. at the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, Courtroom 2103. The Court will hear objections, determine if the settlement is fair, and consider Class Counsel's request for fees and expenses (of up to 35% of the Settlement Fund) and an incentive award. These requests will be posted on the settlement website.

***Visit www.PrescriptionCallSettlement.com for complete information.***

WTT

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL PERMIT NO. 1810 PROVIDENCE, RI

POSTAGE WILL BE PAID BY ADDRESSEE

KOLINEK V. WALGREENS CO. SETTLEMENT ADMINISTRATOR
PO BOX 43358
PROVIDENCE RI 02940-9558