UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>WALGREEN CO., an Illinois corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 13-cv-04806<br>)<br>)<br>)<br>) |

**NOTICE OF APPEAL**

Notice is hereby given that Lyndy Straight, objector, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment [DE 204] entered in this action on November 30, 2015.

Date: December 11, 2015

       /s/ Brent F. Vullings_____
Brent F. Vullings, Esq.
Attorney for Lyndy Straight
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
bvullings@vullingslaw.com
Telephone: 610-489-6060