# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

December 11, 2015

**To:**    Thomas G. Bruton
           Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 15-3757
>
> Caption:
> ROBERT KOLINEK, individually and on behalf of all other similarly situated,
> Plaintiff - Appellee
>
> v.
>
> WALGREEN COMPANY, an Illinois Corporation,
> Defendant - Appellee
>
> APPEAL OF: LYNDY STREIGHT

> District Court No: 1:13-cv-04806
> District Judge Matthew F. Kennelly
> Court Reporter Laura M. Brennan
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 12/11/2015

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)