## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT KOLINEK, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-cv-04806 |
| v. | ) ) | |
| | ) | Hon. Matthew F. Kennelly |
| WALGREEN CO., an Illinois corporation, | ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Class member/Objector Melinda Erin Franz hereby appeals to the United States Court of

Appeals for the Seventh Circuit from (1) the Memorandum Opinion and Order entered on

November 23, 2015 (Doc. 200) and (2) the Final Judgment entered on November 30, 2015 (Doc.

204).

Dated this 15th day of December, 2015.

/s/ W. Allen McDonald
W. Allen McDonald, Esq.
249 N Peters Road
Suite 101
Knoxville, TN 37923-4917
Tel: 865 246 0800
*Counsel for Melinda Erin Franz*

## CERTIFICATE OF SERVICE

I do hereby certify that on December 15, 2015, a copy of the foregoing Notice of Appeal
was submitted electronically. Notice of this filing will be sent by operation of the Court's
electronic filing system to all parties indicated on the electronic filing receipt. Parties may access
this filing through the Court's electronic filing system. All other parties will be served by regular
U.S. Mail.

/s/ W. Allen McDonald
W. Allen McDonald, Esq.