UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Kolinek** | § § | |
| vs. | § § § | No. 1:13-cv-04806 |
| | § | Honorable Matthew F. Kennelly |
| **Walgreen Co.,** | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that objectors Gleith Cozby and Rendee Bullard hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Final Judgment entered on November 30, 2015 [Dkt. #204] and all interlocutory, ancillary and/or related decisions, opinions, orders and/or rulings that led up to and/or have merged into that judgment, including without limitation the Memorandum Opinion and Order entered on November 23, 2015 [Dkt. #200].

Dated this 22nd day of December, 2015

/s/ Arthur J. Howe
**Howe Law LLC**
155 N. Wacker Dr.
Suite 450
Chicago, IL 60606-1750
Tel: (312) 600-8336
Fax: (312) 465-1395
howe@howe-llc.com

/s/Christopher J. Braun
Christopher J. Braun
IN Bar ID No. 19930-49
Justin Allen
IN Bar ID No. 31204-49
**Plews Shadley Racher & Braun LLP**
1346 N. Delaware St.
Indianapolis, IN 46202-2415
Tel: 317-637-0700
Fax: 317-631-0781
cbraun@psrb.com
jallen@psrb.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing has been served via transmission of Notices of Electronic Filing generated by CM/ECF on December 22, 2015 and was filed with the Clerk of Court using CM/ECF, and that as a result a copy of this filing has been served upon every counsel of record.

                                              /s/ Arthur J. Howe
                                              **Howe Law LLC**
                                              155 N. Wacker Dr.
                                              Suite 450
                                              Chicago, IL 60606-1750
                                              Tel: (312) 600-8336
                                              Fax: (312) 465-1395
                                              howe@howe-llc.com