IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT KOLINEK, et al., | Case No. 13-CV-4806 |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. WALGREEN CO., | |
| Defendant. | |

Notice is hereby given that Pro Se Objector PAMELA SWEENEY ("Objector"), hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order entered in this action on November 23, 2015 approving the settlement in this matter. Objector also hereby appeals from any order or judgment further approving the class settlement, class counsel's attorney fees or expenses and/or any incentive awards to class representatives and any order or judgment naming or identifying this Objector or the objection filed by this Objector, including any entered or signed subsequent to this Notice of Appeal.

Dated: December 11, 2015

By: *Pamela Sweeney*
Pamela Sweeney
Pro Se
2590 Richardson Street
Madison, WI 53711
Telephone: (310)-339-0548
pam.1sweeney@gmail.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2015, I filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of Illinois Eastern Division by First Class U.S.Mail.

    Service on Class Counsel and Defendant's Counsel was also sent via First Class U. S. Mail on December 17, 2015.

                                           *Pamela Sweeney*
                                         Pamela Sweeney, Pro Se