## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT KOLINEK individually and all others similarly situated,**  Plaintiffs,  v.  **WALGREEN CO., an Illinois corporation,**  Defendant. | Class Action No. 13-CV-04806  HON. MATTHEW KENNEDY |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE:

Notice is hereby given that Gary W. Sibley, and Paige Nash, Class Members and Objectors, hereby appeal to the United States Court of Appeals for the 7th Circuit Court from the Memorandum Opinion and Order, document 200, entered on November 23, 2015 and the Final Judgment, Document 204 entered on November, 2015.

Respectfully submitted,
/s/Thomas L. Cox Jr.
Pro Hac Vice
Thomas L. Cox Jr.
7129 Tabor Dr.
Dallas, TX 75214
469-531-3313
tcox009@yahoo.com

Attorney for Paige Nash


/s/ Gary W. Sibley

                      Pro Se
                      2711 N. Haskell, Suite 550
                      Dallas, Texas 75204
                      214-522-5222
                      g@juris.cc

## **CERTIFICATE OF SERVICE**

     I, Thomas L. Cox Jr., hereby certify that on December 23, 2015, 2015, a true and correct copy of the Notice of Appeal was served on all counsel of record by ECF.

                      /s/ Thomas L. Cox Jr.
                      Thomas L. Cox Jr.