# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROBERT KOLINEK individually and all others similarly situated,** | Class Action No. 13-CV-04806 |
| Plaintiffs, | HON. MATTHEW KENNEDY |
| v. | |
| **WALGREEN CO., an Illinois corporation,** | |
| Defendant. | |

### Request for the Clerk of Court to Refund Filing Fee

TO THE HONORABLE JUDGE:

     On December 23, 2015, a duplicate payment for $505.00 was filed when filing the Notice of Appeal for Paige Nash and Gary Sibley. The first filing was Receipt No. 0752- 11431603- For this receipt, the Court did not receive a Notice of Appeal for Case Number 13cv4806. The second filing was Receipt No. 0752- 11431669- For this receipt, the Court received a Notice of Appeal for Case Number 13cv4806. Receipt No. 0752- 11431603 was the duplicate payment.

It is requested that the Clerk of Court refund the duplicate filing fee.

Respectfully submitted,
/s/Thomas L. Cox Jr.
Pro Hac Vice
Thomas L. Cox Jr.
7129 Tabor Dr.
Dallas, TX 75214
469-531-3313
tcox009@yahoo.com

Attorney for Paige Nash

## CERTIFICATE OF SERVICE

I, Thomas L. Cox Jr., hereby certify that on December 23, 2015, 2015, a true and correct copy of the Notice of Appeal was served on all counsel of record by ECF.


/s/ Thomas L. Cox Jr.
Thomas L. Cox Jr.