PAMELA SWEENEY
2590 RICHARDSON STREET
MADISON, WI  53711

Re: Kolinek v. Walgreens

13-CV-4806

Clerk of Courts
Northern District of Illinois
Dirksen Courthouse
219 South Dearborn Street
Chicago, Illinois  60604

Dear Clerk:



FILED
JAN 1 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Please send docket transcript item number 200 which is the Final Order in this matter to the court of Appeals for the Seventh Circuit Court of Appeals.

Thank you,
//s// Pamela Sweeney