PAMELA SWEENEY
2590 RICHARDSON STREET
MADISON, WI   53711

**FILED**
JAN 20 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Kolinek v. Walgreens

**13cv4806**

Clerk of Courts
Northern District of Illinois
Dirksen Courthouse
219 South Dearborn Street
Chicago, Illinois   60604

Dear Clerk:

Please send docket transcript item number 200 which is the Final Order in this matter to the court of Appeals for the Seventh Circuit Court of Appeals.

Thank you,
//s// Pamela Sweeney