# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 1, 2016

*By the Court:*

|  | |
|---|---|
| Nos. 15-3757, 15-3786 and 15-3857 | ROBERT KOLINEK, individually and on behalf of all other similarly situated,<br>Plaintiff - Appellee<br><br>v.<br><br>WALGREEN COMPANY, an Illinois Corporation,<br>Defendant - Appellee<br><br>APPEALS OF: LYNDY STREIGHT, MELINDA E. FRANZ, GARY W. SIBLEY and PAIGE NASH |
| **Originating Case Information:** ||
| District Court No: 1:13-cv-04806<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The following are before the court:

1. **UNOPPOSED MOTION TO DISMISS APPEAL WITH PREJUDICE**, filed on February 1, 2016, by counsel for the appellant Melinda E. Franz.

2. **MOTION TO DISMISS APPEAL**, filed on February 1, 2016, by counsel for the appellants Paige Nash and Gary W. Sibley.

3. **WITHDRAWAL OF APPEAL**, filed on February 1, 2016, by counsel for the appellant Lyndy Streight.

Case: 15-3757     Document: 00712693391     Filed: 02/01/2016     Pages: 2

**IT IS ORDERED** that these appeals are **DISMISSED** in accordance with Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**(form ID: **137**)