## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

February 3, 2016

*By the Court:*

| | |
|---|---|
| No. 15-3842 | ROBERT KOLINEK, individually and on behalf of all other similarly situated, <br> Plaintiff - Appellee <br><br> v. <br><br> WALGREEN COMPANY, an Illinois Corporation, <br> Defendant - Appellee <br><br> APPEAL OF: GLEITH COZBY, et al., |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-04806 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly | |

Upon consideration of the **MOTION OF APPELLANTS RENDEE BULLARD AND GLEITH COZBY TO VOLUNTARILY DISMISS APPEAL**, filed on February 2, 2016, by counsel for the appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: c7_FinalOrderWMandate(form ID: 137)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit