TDM

Feb 22, 2016

ATT Clerk of the Court

I Rasheen Wilson Case # 13-CV-04806 Is Reject the settlement offer of $15.00 dollar. I am writing this letter to ask For Appeal.

Rasheen Wilson

thank you

Rasheen Wilson

SYLVESTER BAKSH
Notary Public - State of New York
NO. 01BA6247477
Qualified in Queens County
My Commission Expires 8/29/19

Please call ~~#~~ 516-870-2152 or mail at 812 North Gate Drive Uniondale NY 11553 or Email me at

Rasheen272@Gmail.com

FILED
MAR 01 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT