To the honrible Mathew Kennelly my name is Ms. KAREN J. Garrett and I am a member of the case of Kolinek v. Walgreen.co No. 13-CV04806 pending in the United States District of Illinois Eastern Division.

I Karen J. Garrett feel that I have been embarrased, shamed, and violated due to the unauthorised calls I recieved from Walgreens and feel that they violated the Telephone Consumer Protection Act.

FILED
JUN 30 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I feel that I should be compensated justly for this gross act of negligence on Walgreens part.

I feel a substantial amount of money from the settlement is due to me for having been violated by Walgreens.

Here is my claim information

Name. Karen J. Garrett

Address P.O. Box 28133 Jacksonville, Fl. 32226

Cellular Number (256) 592-4044

WTT-C-1031441190102 9574

I Karen J. Garrett affirm that I the class member received such Prerecorded Prescription calls without my prior express consent.

Karen Garrett

Thank you for your cooperation in this matter.

Karen Garrett